FILED

JAN 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NAPA COUNTY JAIL

1125 THIRD STREET

NAPA, CA 94559-3015

PLAINTIFF PRO SE


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


DONALD FRIEDMAN, 2005034494          CASE NO.:

NAPA COUNTY JAIL

1125 THIRD STREET                    COMPLAINT FOR

NAPA, CA 94559-3015                  DECLARATORY AND

          PLAINTIFF,                 INJUNCTIVE RELIEF

                                     UNDER 5 U.S.C. §

V.                                   552 (FOIA)


U.S. NONLETHAL WEAPONS DIRECTORATE

3099 RANGE ROAD

QUANTICO, VA 22134-5100;

CASE NUMBER 1:06CV00169

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

U.S. MARINE CORPS

HEADQUARTERS - USMC                  DATE STAMP: 01/31/2006

2 NAVY ANNEX (CMC)

WASHINGTON, DC 20380-1775

DEFENDANTS.

RECEIVED

JAN 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

1

COMPLAINT

INTRODUCTION

1. THIS IS AN ACTION UNDER THE FREEDOM OF INFORMATION

ACT ("FOIA"), AS AMENDED, TO COMPEL THE

PRODUCTION (BY THE DEFENDANTS) OF ALL

AVAILABLE WRITTEN DESCRIPTIONS OF AND COLOR

PHOTOS OF ANY PERMANENT OR TEMPORARY MARKS,

INJURIES, WOUNDS, BLEMISHES, BURNS, ETC.

WHICH WERE, COULD HAVE BEEN, OR COULD BE

LEFT ON (OR INFLICTED UPON) ANY PERSON DUE TO

ANY USE OR TESTING ON THEM OF ANY NARROW-

BEAM (LESS THAN 1" IN DIAMETER AT POINT OF

IMPACT) VERSION OF ANY MILLIMETER-WAVE

BASED WEAPON (ACTIVE DENIAL TECHNOLOGY

2.

AND/OR ACTIVE DENIAL SYSTEM).

PARTIES

2. PLAINTIFF, DONALD FRIEDMAN, IS OVER 18 YEARS OLD

AND A CITIZEN OF THE STATE OF CALIFORNIA, AND

IS INCARCERATED AS AN UNSENTENCED, PRE-TRIAL,

PRO SE INMATE AT THE NAPA COUNTY JAIL, NAPA,

CA. THE PLAINTIFF IS THE REQUESTOR OF THE

RECORDS.

3. DEFENDANT, U.S. JOINT NONLETHAL WEAPONS

DIRECTORATE, IS AN ENTITY/AGENCY WITHIN THE

DEPARTMENT OF DEFENSE, AN EXECUTIVE

DEPARTMENT OF THE UNITED STATES, HAS POSSESSION

3.

AND/OR CONTROL OVER ALL OF THE RECORDS THE

PLAINTIFF SEEKS. THE DEFENDANT, U.S. JOINT

NONLETHAL WEAPONS DIRECTORATE ("USJNWD")

IS A DIRECTORATE COMPRISED ALL BRANCHES OF

THE U.S. MILITARY AND IT OVERSEES AND IS

RESPONSIBLE FOR ALL U.S. MILITARY DEVELOPMENT

AND TESTING OF NONLETHAL WEAPONS, INCLUDING

THE WEAPONS THE PLAINTIFF IS SEEKING

RECORDS RELATED TO. THE USJNWD IS AN

AGENCY WITHIN THE MEANING OF 5 U.S.C.

§552 (f).

4.  THE DEFENDANT, U.S. MARINE CORPS, IS A

4.

BRANCH OF THE DEPARTMENT OF DEFENSE, AN

EXECUTIVE DEPARTMENT OF THE UNITED STATES,

HAS POSSESSION AND/OR CONTROL OVER ALL OF

THE RECORDS THE PLAINTIFF SEEKS. DEFENDANT,

U.S. MARINE CORPS ("USMC"), THROUGH ITS

COMMANDANT, IS THE APPOINTED/ASSIGNED HEAD

OF, AND DESIGNATED EXECUTIVE AGENT FOR,

THE U.S. JOINT NONLETHAL WEAPONS DIRECTORATE.

THE USMC IS AN AGENCY WITHIN THE MEANING

OF 5 U.S.C. §552 (f).


Jurisdiction and Venue

5.  THIS COURT HAS JURISDICTION OVER THIS ACTION

PURSUANT TO 5 U.S.C. §552 (a)(4)(B). VENUE IS

5.

PROPER IN THIS COURT PURSUANT TO 5 U.S.C. §552.

Count One

6. As early as 1989, and continuing until the present, the U.S. Military, through the U.S. Air Force, U.S. Marine Corps, and the USJNWD have developed and extensively tested (on over 6,000 people) a millimeter-wave based directed energy weapon, commonly referred to as the "Active Denial Technology" ("ADT") and the "Active Denial System" ("ADS").

7. By letter dated November 26, 2005 to the FOIA office at the USJNWD (FOIA Manager,

6.

c/o Director's Office, Joint Nonlethal Weapons

Directorate, 3099 Range Road, Quantico, VA

22134-5100), the Plaintiff requested all

available written descriptions of and color

photos of any permanent or temporary marks,

injuries, wounds, blemishes, burns, etc.

which were, could have been, or could be

left on (or inflicted upon) any person due

to any use or testing on them of any

narrow-beam (under 1" in diameter at point

of impact) version of any millimeter-wave

weapon (ADT or ADS). See attached, Exhibit

"A," a true and correct copy of the letter

7.

PLAINTIFF SENT TO THE DEFENDANTS' USJNWD

FOIA AGENT/OFFICE, EXCEPT FOR THE ADDRESS.

8. THE DEFENDANTS, THROUGH THE USJNWD's

FOIA OFFICE IN QUANTICO, VA., HAVE REFUSED

TO RESPOND TO THE PLAINTIFF'S STATUTORILY

PERFECTED, WRITTEN REQUEST FOR RECORDS WITHIN

THE 20 DAY STATUTORILY MANDATED TIME LIMIT

AND THAT REFUSAL TO RESPOND ACTS AS A

STATUTORILY DEFINED EXHAUSTION OF THE PLAINTIFF'S

APPLICABLE ADMINISTRATIVE REMEDIES. SEE 5

U.S.C. § 552(a)(6)(A)(i).

9. PLAINTIFF HAS A STATUTORY RIGHT TO THE RECORDS

8.

HE SEEKS, PLAINTIFF MADE A STATUTORILY PERFECTED

FOIA REQUEST FOR THOSE RECORDS, AND THE

DEFENDANTS ARE REFUSING TO DISCLOSE THOSE

RECORDS TO THE PLAINTIFF.

WHEREFORE, PLAINTIFF REQUESTS THAT THIS COURT:

(1)  DECLARE THAT DEFENDANTS' REFUSAL TO DISCLOSE

THE RECORDS REQUESTED BY PLAINTIFF IS UNLAWFUL;

(2)  ORDER DEFENDANTS TO MAKE THE REQUESTED

RECORDS AVAILABLE TO PLAINTIFF;

(3)  AWARD PLAINTIFF HIS REASONABLE ATTORNEY'S FEES

AND COSTS IN THIS ACTION AS PROVIDED BY 5 U.S.C.

9.

§552(a)(4)(E); AND

(4) GRANT SUCH OTHER AND FURTHER RELIEF AS THIS

COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

DATED: JANUARY 5, 2006

DONALD FRIEDMAN
PLAINTIFF PRO SE

10.