November 3, 2005

ARL → Directed Energy
O. P. R. AFRL/HE
CONTROL # 06-100LK
DUE DATE 3 Jan 05

FOIA Officer/Manager (88 CG/SCCM)
3810 Communications Blvd., Area A
Wright-Patterson AFB, OH 45433-7802

Dear Sir or Ms.:

This request is made pursuant to the Freedom of Information Act (5 U.S.C. §552).

Please send me copies of all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (Active Denial Technology and/or Active Denial System).

This request is made by a defendant in a court case and this request being responded to (and the requested items sent) as soon as possible is a vital part of my legal defense. I request that my request be handled in an expedited manner.

I agree to pay a maximum of $25.00 for the requested and for the search fees and request that

Exhibit "A"

FILED
06 0169   JAN 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AN ESTIMATE OF THE COSTS BE SENT TO ME IF THE COST WILL BE ANY HIGHER.

I ONLY NEED THE COPIES OF THE REQUESTED DOCUMENTS AND PHOTOS AND NOT ANY IDENTIFYING INFORMATION ABOUT INVOLVED AS A TEST SUBJECT, INCLUDING ANY IDENTIFIABLE FEATURES (NAMES, FACES, ETC.). IF NECESSARY, FOR PRIVACY REASONS, PLEASE BLACK OUT OR OBSCURE ANY FACES OR OTHER IDENTIFYING CHARACTERISTICS BEFORE SENDING THE COPIES.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS VERY IMPORTANT REQUEST.

SINCERELY,

DONALD M. FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559