Donald Friedman
2995¢3494
Napa County Jail
1125 Third Street
Napa, CA 94559
Plaintiff Pro Se

**FILED**

JAN 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court

for the District of Columbia

Donald Friedman,

Plaintiff,

v.

U.S. Joint Non Lethal Weapons Directorate, et al

Defendants.

Case No.: 06-169

Application for
Appointment of Counsel
Under 28 U.S.C. § 1915,
et seq. (Verified)

1. I hereby request that the court appoint an

attorney to represent me in the above captioned

action.

2. I have been unable to contact attorneys in the

private and public sectors about handling my claim

1.

4

BECAUSE I AM COMPLETELY INDIGENT (WHILE INCARCERATED), AND BECAUSE THERE ARE NO AD LISTINGS ON THE INTERNET FOR WASHINGTON, DC FOIA ATTORNEYS WHICH CAME UP WHEN I SEARCHED VIA GOOGLE.COM UNDER "ATTORNEY AND REFERRAL AND FOIA AND WASHINGTON, DC" (I REVIEWED THE FIRST 100 THINGS THE SEARCH DID YIELD AND FOUND NOTHING RELEVANT). NO ATTORNEYS IN PRIVATE PRACTICE AT ALL FOUND IN THIS SEARCH

3. THE REASONS I BELIEVE I SHOULD BE APPOINTED COUNSEL PRO BONO ARE AS FOLLOWS:

a. I AM NOT AN ATTORNEY AND HAVE A VERY LIMITED KNOWLEDGE OF THE LAW, LEGAL PROCEDURE, ETC. I GRADUATED FROM HIGH SCHOOL BUT ONLY

2.

attended a few college classes unrelated to law or legal procedure.

b. The county jail in which I am incarcerated has no law books of any kind available in its law library and instead relies on a computer with severely limited internet access. The available, authorized internet access (limited by special software that restricts internet access) only allows access to a few, free and public access internet sites which have some (but not nearly enough) access to federal case law, etc. which is vitally necessary to properly prepare for my prosecution of this case. The

3.

SEARCH APPARATUS AVAILABLE ON THE INTERNET SITES WHICH ARE AUTHORIZED ALSO DOES NOT WORK WELL ENOUGH TO RELIABLY LOCATE CASES WHICH WILL APPLY TO THIS CASE AND THERE IS NO WESTLAW-TYPE INDEXING AVAILABLE ON THE AUTHORIZED SITES EITHER (THAT I HAVE FOUND). BASICALLY, IT APPEARS THAT THE AUTHORIZED INTERNET SITES WILL BE ALL BUT USELESS FOR THE PROSECUTION OF THIS CASE, WHICH WILL LEAVE ME AT A HUGE DISADVANTAGE WHICH CAN ONLY BE MADE FAIR WITH THE APPOINTMENT OF AN ATTORNEY FOR ME.

4.

C. The instant case arises from my need to obtain the records which are the subject of the suit because federal agents have illegally used the weapon described in the suit (a pain-inducing energy weapon which burns the skin in a distinctive way and has a 700 meter range) on me many times, and as a result of their use of it to torture and coerce me into committing certain acts I am now facing 6+ years in state prison for committing non-volitional acts. I need the requested FOIA records because the

5.

AGENTS' USE OF THE WEAPON ON ME LEFT VERY DISTINCTIVE MARKS ON MY BODY WHICH I CAN COMPARE TO THE DESCRIPTIONS AND PHOTOS WHICH COMPRISE THE FOIA RECORDS REQUESTED TO PROVE MY INNOCENCE, AND WIN MY FREEDOM.

THESE FACTS SHOW THERE IS A VERY REAL IMPERATIVE FOR ME TO PURSUE THE FOIA SUIT AND THAT THERE ARE VERY SUBSTANTIAL DUE PROCESS RIGHTS INVOLVED AND AT STAKE — THE FOIA RECORDS ARE THE ONLY HOPE I HAVE TO PROVE MY INNOCENCE AND I CANNOT AFFORD TO MAKE A FATAL-TO-THE-CASE MISTAKE.

6.

4. PLEASE HELP ME TO PROTECT MY VERY IMPORTANT DUE PROCESS AND OTHER RIGHTS BY APPOINTING A PRO BONO ATTORNEY FOR ME IN THIS CASE.

RESPECTFULLY SUBMITTED,

*[signature]*

DONALD FRIEDMAN
PLAINTIFF PRO SE
DATED: JANUARY 5, 2006

VERIFICATION   UNDER THE LAWS OF THE UNITED STATES

I DECLARE UNDER PENALTY OF PERJURY, THAT THE VERIFIED INFORMATION PROVIDED IN THIS APPLICATION FOR APPOINTMENT OF COUNSEL IS TRUE AND CORRECT.

DATED: JANUARY 5, 2006   *[signature]*
PLAINTIFF PRO SE

7.