Donald Friedman
Napa County Jail
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

In the United States District Court
for the District of Columbia

Donald Friedman                                    Case No. 06-0169-RWR
    Plaintiff,

                                            Motion for Leave
v.                                                 to File Amended
                                            Complaint (First)

Joint Non-Lethal Weapons
Directorate; et al.

1. The Plaintiff in the above captioned action moves for this court to grant the Plaintiff leave to file a First Amended Complaint to correct several defects in the original complaint and to add related causes of action.

1.

2. This motion for leave to file an amended complaint is for the purpose of complying with this court's local rules.

Respectfully submitted,

Date: March 4, 2006

Donald Friedman
Plaintiff Pro Se

2