Donald Friedman, 2005503494
Napa County Jail
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

## In the United States District Court
## for the District of Columbia

Donald Friedman

2005503494

Napa County Jail

1125 Third Street

Napa, CA 94559-3015

     Plaintiff,

v.

Joint Non-Lethal Weapons Directorate
3099 Range Road
Quantico, VA 22134-5100;

U.S. Marine Corps
Headquarters - USMC
2 Navy Annex (CMC)
Washington, DC 20380-1775;

Case No.: 06-0169-RWR

First Amended
Complaint for
Declaratory and
Injunctive Relief
Under 5 U.S.C. §552
(FOIA)

1.

U.S. AIR FORCE
167$ AIR FORCE PENTAGON
WASHINGTON, DC 2$33$ - 167$;


DEPARTMENT OF DEFENSE
1$$$ DEFENSE PENTAGON
WASHINGTON, DC 2$3$1 - 1$$$
        DEFENDANTS.


## COMPLAINT
### INTRODUCTION

1.  THIS IS AN ACTION UNDER THE FREEDOM OF INFORMATION

ACT ("FOIA"), AS AMENDED, TO COMPEL THE DEFENDANTS

TO PRODUCE ALL AVAILABLE WRITTEN DESCRIPTIONS OF AND

COLOR PHOTOS OF ANY PERMANENT OR TEMPORARY MARKS,

INJURIES, WOUNDS, BLEMISHES, BURNS, ETC. WHICH WERE,

COULD HAVE BEEN, OR COULD BE LEFT ON (OR INFLICTED

UPON) ANY PERSON DUE TO ANY USE OR TESTING ON

THEM OF ANY NARROW-BEAM (LESS THAN 1" IN DIAMETER

AT POINT OF IMPACT) VERSION OF ANY MILLIMETER-WAVE

BASED WEAPON (ACTIVE DENIAL TECHNOLOGY, ACTIVE

DENIAL SYSTEM, ETC.)

## PARTIES

2. PLAINTIFF, DONALD FRIEDMAN, IS OVER 18 YEARS OLD

AND A CITIZEN OF THE STATE OF CALIFORNIA, AND IS

INCARCERATED AS AN UNSENTENCED, PRE-TRIAL, PRO SE

PRISONER AT THE NAPA COUNTY JAIL, NAPA, CALIFORNIA.

THE PLAINTIFF IS THE REQUESTOR OF THE RECORDS.

3. DEFENDANT, JOINT NON-LETHAL WEAPONS DIRECTORATE,

AN AGENCY/ENTITY WITHIN THE DEPARTMENT OF

DEFENSE, AN ~~EXECUTIVE~~ EXECUTIVE DEPARTMENT OF

THE UNITED STATES, HAS POSSESSION AND/OR CONTROL OVER A SUBSTANTIAL PORTION OF THE RECORDS THE PLAINTIFF SEEKS. THE DEFENDANT, JOINT NON-LETHAL WEAPONS DIRECTORATE ("JNLWD") IS A DIRECTORATE COMPRISED OF ALL BRANCHES OF THE U.S. MILITARY AND IT OVERSEES AND IS RESPONSIBLE FOR ALL U.S. MILITARY DEVELOPMENT AND TESTING OF NONLETHAL WEAPONS, INCLUDING THE WEAPONS TO WHICH THE PLAINTIFF IS SEEKING RELATED RECORDS. THE JNLWD IS AN AGENCY WITHIN THE MEANING OF 5 U.S.C. §552(f).

4. THE DEFENDANT, U.S. MARINE CORPS, A BRANCH OF THE DEPARTMENT OF DEFENSE, AN EXECUTIVE DEPARTMENT

OF THE UNITED STATES, HAS POSSESSION AND/OR CONTROL OVER A SUBSTANTIAL PORTION OF THE RECORDS THE PLAINTIFF SEEKS. DEFENDANT, U.S. MARINE CORPS ("USMC"), THROUGH ITS COMMANDANT, IS THE DESIGNATED EXECUTIVE AGENT FOR THE DEFENDANT, JNLWD. THE USMC IS AN AGENCY WITHIN THE MEANING OF 5 U.S.C. § 552(f).

5. THE DEFENDANT, U.S. AIR FORCE, A BRANCH OF THE DEPARTMENT OF DEFENSE, AN EXECUTIVE DEPARTMENT OF THE UNITED STATES, HAS POSSESSION AND/OR CONTROL OVER A SUBSTANTIAL PORTION OF THE RECORDS THE PLAINTIFF SEEKS. THE DEFENDANT, U.S. AIR FORCE, HAS

CONDUCTED RESEARCH, DEVELOPMENT, AND TESTING OF THE WEAPONS TO WHICH THE PLAINTIFF IS SEEKING RELATED RECORDS AND IS THE ORIGINAL DEVELOPER OF THE WEAPONS. THE U.S. AIR FORCE ("USAF") IS AN AGENCY WITHIN THE MEANING OF 5 U.S.C. § 552 (f).

6. THE DEFENDANT, DEPARTMENT OF DEFENSE, AN EXECUTIVE DEPARTMENT OF THE UNITED STATES, HAS POSSESSION AND/OR CONTROL OVER ALL OF THE RECORDS THE PLAINTIFF SEEKS. THE DEPARTMENT OF DEFENSE ("DOD") IS AN AGENCY WITHIN THE MEANING OF 5 U.S.C. § 552 (f).

## JURISDICTION AND VENUE

7. THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT

TO 5 U.S.C. §552 (a)(4)(B). VENUE IS PROPER IN THIS

COURT PURSUANT TO 5 U.S.C. §552.

## COUNT ONE

8. AS EARLY AS 1989, AND CONTINUING *UNTIL THE PRESENT,

EACH OF THE DEFENDANTS HAVE DEVELOPED AND TESTED

A MILLIMETER-WAVE BASED DIRECTED ENERGY WEAPON,

SOMETIMES REFERRED TO AS "ACTIVE DENIAL TECHNOLOGY"

("ADT") AND/OR "ACTIVE DENIAL SYSTEM" ("ADS").

9. BY LETTER, DATED NOVEMBER 26, 2005 TO THE

FOIA OFFICE AT THE JNLWD (FOIA MANAGER,

C/O DIRECTOR'S OFFICE, JOINT NON-LETHAL WEAPONS

DIRECTORATE, 3099 RANGE ROAD, QUANTICO, VA

22134-5100), THE PLAINTIFF REQUESTED ALL

AVAILABLE WRITTEN DESCRIPTIONS OF AND COLOR PHOTOS

OF ANY PERMANENT OR TEMPORARY MARKS, INJURIES,

WOUNDS, BLEMISHES, BURNS, ETC. WHICH WERE,

COULD HAVE BEEN, OR COULD BE LEFT ON (OR INFLICTED

UPON) ANY PERSON DUE TO ANY USE OR TESTING ON

THEM OF ANY NARROW-BEAM (UNDER 1" IN DIAMETER

AT POINT OF IMPACT) VERSION OF ANY MILLIMETER-WAVE

WEAPON (ADT, ADS, ETC.). SEE ATTACHED, EXHIBIT

"A," A TRUE AND CORRECT COPY OF A SIMILAR LETTER

WHICH THE PLAINTIFF SENT TO THE DEFENDANT,

JNLWD (EXCEPT FOR THE ADDRESS THE LETTER IS THE SAME).

10. The Defendants (DOD, USMC, and JNLWD), through the JNLWD's FOIA office, have refused to respond to the Plaintiff's statutorily perfected request for records within the 20 day mandated time limit and that refusal to respond acts as a statutorily defined exhaustion of the Plaintiff's applicable administrative remedies. See 5 U.S.C. §552(a)(6)(A)(i).

11. Plaintiff has a statutory right to the records he seeks, Plaintiff made a statutorily perfected FOIA request, and the Defendants are illegally refusing to disclose those records to the Plaintiff.

## Count Two

12. The Plaintiff repleads paragraphs 1-8 and incorporates them here.

13. By letter, dated November 22, 2005 to the FOIA office at the USAF in Kirtland AFB, NM (FOIA Office/Manager, 377 MSG/SCBIF, 1952 First Street, Kirtland AFB, NM 87117-5666), the Plaintiff requested all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of

ANY NARROW-BEAM (UNDER 1" IN DIAMETER AT

POINT OF IMPACT) VERSION OF ANY MILLIMETER-WAVE

WEAPON (ADT, ADS, ETC.). SEE ATTACHED, EXHIBIT

"B," A TRUE AND CORRECT (WRITTEN) COPY OF THE

LETTER WHICH THE PLAINTIFF SENT TO THE

DEFENDANT, USAF.

14. THE DEFENDANTS (DOD, USAF, AND JNLWD),

THROUGH THE USAF's (KIRTLAND AFB) FOIA OFFICE,

HAVE REFUSED TO RESPOND TO THE PLAINTIFF's

STATUTORILY PERFECTED REQUEST FOR RECORDS

WITHIN THE 20 DAY MANDATED TIME LIMIT AND

THAT REFUSAL TO RESPOND ACTS AS A STATUTORILY

DEFINED EXHAUSTION OF THE PLAINTIFF'S APPLICABLE

ADMINISTRATIVE REMEDIES. See 5 U.S.C. § 552

(a)(6)(A)(i).

15. PLAINTIFF HAS A STATUTORY RIGHT TO THE RECORDS

HE SEEKS, PLAINTIFF MADE A STATUTORILY PERFECTED

FOIA REQUEST, AND THE DEFENDANTS ARE

ILLEGALLY REFUSING TO DISCLOSE THOSE RECORDS TO

THE PLAINTIFF.

<u>COUNT THREE</u>

16. THE PLAINTIFF REPLEADS PARAGRAPHS 1-8 AND

INCORPORATES THEM HERE.

17. BY LETTER, DATED NOVEMBER 26, 2005 TO THE

12.

FOIA OFFICE AT THE USAF IN BROOKS AFB, TX

(FOIA OFFICE/MANAGER, MR. DAVID CAMERON, 311TH

CS/SCSD, 2404 CHAMBERS PKWY., BROOKS AFB, TX

78235-5111), THE PLAINTIFF REQUESTED ALL AVAILABLE

WRITTEN DESCRIPTIONS OF AND COLOR PHOTOS OF

ANY PERMANENT OR TEMPORARY MARKS, INJURIES,

WOUNDS, BLEMISHES, BURNS, ETC. WHICH WERE,

COULD HAVE BEEN, OR COULD BE LEFT ON (OR

INFLICTED UPON) ANY PERSON DUE TO ANY USE

OR TESTING ON THEM OF ANY NARROW-BEAM

(UNDER 1" IN DIAMETER AT POINT OF IMPACT) VERSION

OF ANY MILLIMETER-WAVE WEAPON (ADT, ADS,

ETC.). SEE EXHIBIT "B," A TRUE AND CORRECT

13.

(WRITTEN) COPY OF A SIMILAR LETTER TO THE ONE

SENT TO THE DEFENDANT, USAF, WHICH DIFFERS

ONLY IN THE DATE AND ADDRESS BEING DIFFERENT.

18. THE DEFENDANTS (DOD, USAF, AND JNLWD),

THROUGH THE USAF's (BROOKS AFB) FOIA OFFICE,

HAVE REFUSED TO RESPOND TO THE PLAINTIFF's

STATUTORILY PERFECTED REQUEST FOR RECORDS

WITHIN THE 20 DAY MANDATED TIME LIMIT

AND THAT REFUSAL TO RESPOND ACTS AS A

STATUTORILY DEFINED EXHAUSTION OF THE PLAINTIFF's

APPLICABLE ADMINISTRATIVE REMEDIES. SEE 5

U.S.C. § 552 (a)(6)(A)(i).

14.

19. Plaintiff has a statutory right to the records

he seeks, Plaintiff made a statutorily

perfected FOIA request, and the Defendants

are illegally refusing to disclose those

records to the Plaintiff.

Wherefore, Plaintiff requests that this court:

(1) Declare that Defendants' refusal to disclose

the records requested by Plaintiff is unlawful;

(2) Order Defendants to make the requested

records available to Plaintiff;

(3) Award Plaintiff his reasonable attorney's fees

15.

AND COSTS IN THIS ACTION AS PROVIDED BY

5 U.S.C. § 552 (a)(4)(E); AND

(4) GRANT SUCH OTHER AND FURTHER RELIEF AS THIS

COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

DATED: MARCH 1, 2006

DONALD FRIEDMAN
PLAINTIFF PRO SE

16.

November 26, 2005

O. P. R. AFRL/HE
CONTROL # 06-100LK
DUE DATE 3 Jan 05

FOIA Officer/Manager (88 CG/SCCM)
3810 Communications Blvd., Area A
Wright-Patterson AFB, OH 45433-7802

Dear Sir or Ms.:

This request is made pursuant to the Freedom of Information Act (5 U.S.C. §552).

Please send me copies of all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (Active Denial Technology and/or Active Denial System).

This request is made by a defendant in a court case and this request being responded to (and the requested items sent) as soon as possible is a vital part of my legal defense. I request that my request be handled in an expedited manner.

I agree to pay a maximum of $25.00 for the copies requested and for the search fees and request that

Exhibit "A"

Page 2

An estimate of the costs be sent to me if the cost will be any higher.

I ONLY need the copies of the requested documents and photos and NOT any identifying information about involved as a test subject, including any identifiable features (names, faces, etc.). If necessary, for privacy reasons, please black out or obscure any faces or other identifying characteristics before sending the copies.

Thank you for your prompt attention to this very important request.

Sincerely,

Donald M. Friedman
Confidential Legal Correspondence
1125 Third Street
Napa, CA 94559

November 22, 2005

FOIA Office/Manager
377 MSG/SCBIF
1952 First Street
Kirtland AFB, NM 87117-5666

Re: Freedom of Information Act Request

Dear Sir or Ms.:

This request is made pursuant to the Freedom of Information Act (5 U.S.C. § 552).

Please send me copies of all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" in diameter at point of impact) version of any millimeter-wave (Active Denial Technology or Active Denial System) weapon.

This request is made by a defendant in a court case and this request being responded to (and the requested items sent) as soon as possible is a vital part of my legal defense. I request that my request be handled in an expedited manner.

Exhibit "B"

PAGE 2

I AGREE TO PAY A MAXIMUM OF $25.00 FOR THE COPIES REQUESTED AND THE SEARCH AND REQUEST THAT AN ESTIMATE OF THE COSTS BE SENT TO ME IF THE COST WILL BE ANY HIGHER.

I ONLY NEED COPIES OF THE REQUESTED DOCUMENTS AND PHOTOS AND NOT ANY IDENTIFYING INFORMATION ABOUT ANYONE INVOLVED IN THE TESTING AS A TEST SUBJECT, INCLUDING IDENTIFIABLE FEATURES (NAMES, FACES, ETC.). IF NECESSARY, FOR PRIVACY REASONS, PLEASE BLACK OUT OR OTHERWISE OBSCURE ANY FACES OR OTHER IDENTIFYING CHARACTERISTICS BEFORE SENDING THE COPIES.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS VERY IMPORTANT REQUEST.

SINCERELY,

MR. DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559