Donald Friedman
Napa County Jail
1125 Third Street
Napa, CA 94559-3015

Leave to file GRANTED.
[signature], U.S.D.J.
4-12-06

Plaintiff Pro Se

In the United States District Court
for the District of Columbia

Donald Friedman
    Plaintiff,

v.

U.S. Joint Non-Lethal Weapons
Directorate, et al.

Case No. 06-cv-169 RWR

Motion to Prepare
and Serve Summonses
and Other Documents

1. The Plaintiff in the above captioned case respectfully moves for this court to do the following in the instant case:

    1. Order the Clerk to properly prepare the summonses; and

    2. Order the U.S. Marshal to serve the

1

FOLLOWING ITEMS UPON EACH OF THE

DEFENDANTS:

    a. THE APPROPRIATE SUMMONS;

    b. A COPY OF THE COMPLAINT;

    c. A COPY OF THE AMENDED COMPLAINT;

    d. A COPY OF PLAINTIFF'S MOTION FOR

    APPOINTMENT OF COUNSEL;

    e. A COPY OF THIS MOTION;

    f. ANY OTHER DOCUMENTS THE COURT

    DEEMS IT NECESSARY TO HAVE

    SERVED.

2. ORDER THE CLERK TO SEND THE PLAINTIFF

COPIES OF THE SUMMONSES AND THE

FIRST PAGE OF EACH FILED AND CONFORMED DOCUMENT IN THIS CASE'S FILE (SHOWING THAT IT HAS BEEN FILED) FOR THE PLAINTIFF'S RECORDS.

2. THE PLAINTIFF WAS EXPECTING THIS HONORABLE COURT TO ORDER THE PREPARATION OF THE SUMMONSES AND U.S. MARSHAL SERVICE OF THE PREVIOUSLY FILED DOCUMENTS AUTOMATICALLY UPON THE COURT GRANTING THE PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS IN THE INSTANT CASE, HOWEVER, IT HAS BEEN A MONTH OR TWO SINCE THE COMPLAINT WAS FILED, SO THIS MOTION

IS BEING FILED IN ORDER TO BE CERTAIN THIS

CASE IS NOT DISMISSED FOR PLAINTIFF'S FAILURE

TO PROSECUTE IT.

RESPECTFULLY SUBMITTED,

DATED: 3/21/06

*[signature]*

DONALD FRIEDMAN
PLAINTIFF PRO PER