## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,<br>#200503494<br>NAPA County Jail<br>1125 Third Street<br>NAPA, California 94559-3015<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES NONLETHAL<br> WEAPONS DIRECTORATE and<br>UNITED STATES MARINE CORPS,<br>Washington, D.C. 20301-1600<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-169 (RWR)<br>) Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>) |

### PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendants in the above-captioned case.

            Respectfully submitted,


            __/s/_____
            JANE M. LYONS, D.C. Bar #451737
            Assistant United States Attorney
            United States Attorney's Office
            Civil Division
            555 4th Street, N.W. - Room E4822
            Washington, D.C. 20530
            (202) 514-7161
            (202) 514-8789 (fax)
            Jane.Lyons@usdoj.gov

            Dated:  April 19, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **19th** day of **April**, 2006, a true and correct copy of the foregoing **Praecipe** was served upon **pro se plaintiff** by first class United States mail, postage prepaid marked for delivery to:

DONALD FRIEDMAN
#200503494
NAPA County Jail
1125 Third Street
NAPA, California 94559-3015

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.- Room E4822
Washington, D.C. 20530
(202) 514-7161