UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD FRIEDMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-169 (RWR) |
| ) | Electronic Case Filing |
| **UNITED STATES NONLETHAL** ) | |
| **WEAPONS DIRECTORATE and** ) | |
| **UNITED STATES MARINE CORPS,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

The defendants, identified in the complaint as the United States Nonlethal Weapons Directorate and the United States Marine Corps, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, defendants request that the deadline for responding to this complaint be extended by one month, from April 19, 2006 until May 19, 2006. The grounds for this motion are set forth below.

Plaintiff, who is proceeding pro se, filed this action seeking certain records he had requested under the FOIA relating to "all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (less than 1" in diameter at point of impact) version of any millimeter-wave based weapon (Active Denial Technology and/or Active Denial System)." Complaint, ¶ 1. The

U.S. Attorney's Office was served with the Complaint on March 20, 2006, at which point plaintiff had not yet received a response to his request. Undersigned counsel has been informed that plaintiff initially directed his FOIA request to Wright-Patterson Air Force Base which forwarded the request to the Air Force Research Lab. Undersigned counsel has been further informed that eleven photographs responsive to plaintiff's request have been located and are being sent to plaintiff on April 19, 2006. This release is being made without any material being withheld as exempt under the FOIA and there is no request for payment of fees associated with this response. A copy of the cover letter releasing the information is attached hereto.

Because the primary relief sought by plaintiff in the complaint was a response to his FOIA request, and a response has now been made, defendants respectfully request that the Court extend defendants' time for responding to the complaint to allow plaintiff a reasonable amount of time to receive and review the material and then to decide whether to dismiss this case voluntarily or to amend the complaint. Doing so may appropriately conserve the resources of the parties and the Court and will not unfairly prejudice any party. Moreover, because counsel for the government have been working through the administrative hurdles of obtaining release authority for the material, they have not had sufficient time to prepare evidentiary material which would be needed to support a dispositive motion.

This is the Defendants' first request for an enlargement of time and no scheduling order has been entered in this case. This extension is sought in good faith and allowing the defendants a reasonable amount of additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

Counsel for defendants did not consult with plaintiff prior to filing this motion because he is presently incarcerated.  <u>See</u> Local Civil Rule 7(m).

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for answering or otherwise responding to the complaint be extended to and including May 19, 2006.  A proposed order is attached.

Dated: April 19, 2006.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/_____
        JANE M. LYONS, D.C. BAR # 451737
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W. - Room E4822
        Washington, D.C.  20530
        (202) 514-7161

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **19th** day of **April**, 2006, a true and correct copy of the foregoing **Defendants' Motion for Enlargement of Time** was served by first class United States mail, postage prepaid, marked for delivery to:

**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California   94559-3015

                               /s/
                           JANE M. LYONS, D.C. Bar # 451737
                           Assistant United States Attorney
                           United States Attorney's Office
                           Civil Division
                           555 4th Street, N.W.- Room E4822
                           Washington, D.C.  20530
                           (202) 514-7161