

**UNITED STATES MARINE CORPS**
MARINE CORPS SYSTEM COMMAND
2200 LESTER STREET
QUANTICO, VIRGINIA 22134-5010

IN REPLY REFER TO:
5720
LAW/BCC
MCSC200600036
19 April 06

MR DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRERSPONDENCE
1125 THIRD STREET
NAPA CA  94559-3015

Dear Mr. Friedman:

This responds to your Freedom of Information Act (FOIA) request of November 26, 2005, addressed to Wright Patterson Air Force Base in which you requested "all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (active denial technology and/or active denial system)".

As you know, the Air Force ultimately forwarded your FOIA request to this office which we acknowledged receipt (FOIA Request No. 036F-06) via the letter sent to you dated February, 1, 2006. Subsequently, sometime after March 17, 2006, this office received a copy of the Complaint you filed in the United States District Court, District of Columbia (Civil Action 06-0169 RWR), in connection with your FOIA request described above for this office's alleged failure to respond.  Please be advised that the documents enclosed with this letter provides a final response to the FOIA request mentioned above, the Complaint you filed in the U.S. District Court, District of Columbia, and any other subsequent FOIA requests you may have submitted to the Joint Non-Lethal Weapons Directorate for the same or similar information to your original request.

The enclosed documents are photographs of a 1999 accidental overexposure from a test bench millimeter-wave system, which is not a weapon, that took place at the Air Force Research Laboratory. The Air Force Research Laboratory has indicated that any other reports or documents, if any, that may have accompanied the enclosed photographs would have been destroyed after 4 years in accordance with its established procedures.  The enclosed photos meet several of the criteria in your request.  However, it does not meet other criteria.  In particular, as already mentioned, the

DONALD FRIEDMAN - 036F-06
19-Apr-06

exposure shown in the photos are not a product from a weapon. Additionally, the Joint Non-Lethal Weapons Directorate has not sponsored any research with the purpose of identifying "marks. . . burns, etc. which. . . could have been, or could be left on (or inflicted upon) any person." Nevertheless, the documents enclosed with this letter are all the documents responsive to your request in possession of the Joint Non-Lethal Weapons Directorate and the Air Force Research Lab and no exemptions are being claimed.

Fees for processing your request are minimal and waived.

Should this final response not completely address your FOIA request, please refer such other issues in the lawsuit you have filed in the U.S. District Court, District of Columbia (Civil Action 06-0169 RWR).

For any other questions about the content of this response, please contact Ms. Bobbie Cave at (703) 432-3934, bobbie.cave@usmc.mil.

J. B. BENNETT
Counsel

2