**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONALD FRIEDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-169 (RWR) |
| | ) | Electronic Case Filing |
| UNITED STATES NONLETHAL | ) | |
| WEAPONS DIRECTORATE and | ) | |
| UNITED STATES MARINE CORPS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

The defendants, identified in the complaint as the United States Nonlethal Weapons

Directorate and the United States Marine Corps, by and through their undersigned counsel,

respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to

answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5

U.S.C. § 552 ("FOIA").  Specifically, defendants request that the deadline for responding to this

complaint be extended by one additional month, specifically from May 19, 2006 until June 19,

2006.  The grounds for this motion are set forth below.

Plaintiff, who is proceeding pro se, filed this action seeking certain records he had

requested under the FOIA relating to "all available written descriptions of and color photos of

any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could

have been, or could be left on (or inflicted upon) any person due to any use or testing on them of

any narrow-beam (less than 1" in diameter at point of impact) version of any millimeter-wave

based weapon (Active Denial Technology and/or Active Denial System)."  Complaint, ¶ 1.  The

U.S. Attorney's Office was served with the Complaint on March 20, 2006, at which point

plaintiff had not yet received a response to his FOIA request.  On or about April 19, 2006,

plaintiff received responsive documents, including eleven color photographs, at no charge.

Plaintiff confirmed his receipt of the material in a letter dated April 24, 2006 (and

received on May 2, 2006) which he addressed to the United States Attorney.  A copy of this letter

is attached as Exhibit 1.[1]  In his letter, plaintiff indicated that he believed additional responsive

material existed.  The Assistant United States Attorney assigned to this matter promptly

forwarded the letter to appropriate personnel assigned to this case by defendants.  Undersigned

counsel has been informed that, as a result, personnel at the Air Force Research Lab have

identified at least some other potentially responsive documents which they will assemble and

review in the next couple of weeks.  Because it is entirely possible that additional material will

be released, it makes sense to defer the response to the Complaint until the FOIA request has

been completely made.  When the FOIA request is completed, if plaintiff continues to challenge

any aspect of the response he receives, a reasonable amount of time will be needed for

preparation of an appropriate declaration describing the search and the withholdings made under

the FOIA, if any.  Based on the additional material, it is unclear at this time whether there will be

any fees associated with the request.

---

[1]  Although plaintiff's April 24, 2006 letter appears to request that he be provided with
records from "the research and development-related areas – the military (Army, Navy, Air Force,
Marines, CIA, NSA, DARPA, etc. Research Labs etc.)," defendants note that this litigation is
confined to the FOIA request he sent to Wright-Patterson Air Force Base, a copy of which is
attached to the Complaint.  The FOIA requires a request to each separate agency and plaintiff
may not make a proper FOIA request through this litigation.  E.g., Gillin v. IRS, 980 F.2d 819,
822-23 (1st Cir. 1992) (per curiam); Pray v. Department of Justice, 902 F. Supp. 1, 2-3 (D.D.C.
1995); Morre v. Aspin, 916 F. Supp. 32, 36 (D.D.C. 1996).  Accordingly, for example, neither
the National Security Agency nor the Central Intelligence Agency is searching its records for
responsive information by virtue of plaintiff's May 2, 2006 letter.

Because the primary relief sought by plaintiff in the complaint was a response to his FOIA request, and a response has now been made and another release is possible in the next few weeks, defendants respectfully request that the Court extend defendants' time for responding to the complaint to allow plaintiff a reasonable amount of time to receive and review the material and then to decide whether to dismiss this case voluntarily or to amend the complaint. Doing so should appropriately conserve the resources of the parties and the Court and will not unfairly prejudice any party. At this point, filing dispositive motion is impractical.

This is the Defendants' second request for an enlargement of time and no scheduling order has been entered in this case. This extension is sought in good faith and allowing the defendants a reasonable amount of additional time to complete the response to the plaintiff's FOIA request and, if necessary, prepare documentation for defending it in this action both serves the purposes of the statute and will aid both the parties and the Court in the development and resolution of this case.

Counsel for defendants did not consult with plaintiff prior to filing this motion because he is presently incarcerated. See Local Civil Rule 7(m). Undersigned counsel delayed filing this motion by several days because she was awaiting a further update from the Air Force attorney on this matter to be able to present current information to the Court.

WHEREFORE, based on the foregoing, the defendants respectfully request that the time

for answering or otherwise responding to the complaint be extended to and including June 19,

2006.  A proposed order is attached.

Dated: May 19, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

   I  HEREBY  CERTIFY that on this **19th**  day of **May**, 2006, a true and correct copy of

the foregoing **Defendants' Motion for Enlargement of Time** was served by first class United

States mail, postage prepaid, marked for delivery to:

**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California   94559-3015

/s/
_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161
