UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-169 (RWR) |
| ) | Electronic Case Filing |
| UNITED STATES NONLETHAL ) | |
| WEAPONS DIRECTORATE and ) | |
| UNITED STATES MARINE CORPS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

UPON CONSIDERATION of the defendants' second motion for enlargement of time, any opposition thereto, and the entire record in this matter, and for good cause shown, it is this

_____ day of _____, 2006,

ORDERED that the defendants' motion is hereby GRANTED, and that defendants shall have through and including June 19, 2006 to answer or otherwise respond to the complaint.

_____
RICHARD W. ROBERTS
United States District Judge

**Copies to:**
**By Electronic Case Filing**
Jane M. Lyons, Assistant United States Attorney
jane.lyons@usdoj.gov

**By U.S. Mail**
**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California  94559-3015