Donald Friedman, 2009303444
Napa County Jail
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

In the United States District Court
for the District of Columbia

Donald Friedman                     Case No. 06-0169-RWR
   Plaintiff,

                                    Motion for Leave to
v                                   Amend Complaint

Joint Non-Lethal Weapons Directorate,
et al.
   Defendants.

1. The Plaintiff in the above captioned case

moves for this court to grant him leave to

amend his "First Amended Complaint for

Declaratory and Injunctive Relief Under

5 U.S.C. § 552 (FOIA)" with the amended complaint

RECEIVED
MAY 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

**People vs Donald Max Friedman**
**United States District Court for the District of Columbia Case No.: 06-0169-RWR**

# PROOF OF SERVICE

I, declare that I am employed in the County of Napa, State of California. I am over the age of eighteen. My business address in 1325 Imola Ave. West # 427, Napa, California 94559.

I am a licensed Private Investigator in the state of California, # **PI 19702**.
I am a registered Process Server in the County of Napa, CA Reg. # **S-2802**.

On 24-May-2006, I mailed from Napa, CA: the following documents:

**1) Application for Appointment of Counsel Under 28 U.S.C. § 1915**
**2) Motion for Leave to Amend Complaint**

I served the documents by enclosing them in an envelope and depositing the envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows;

| | |
|---|---|
| Court Clerk | US Attorney |
| US District Court | Civil Division |
| Room 1225 | 555 4th NW, Room E-4822 |
| 333 Constitution Ave NW | Washington, DC 20530 |
| Washington, DC 20001 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 24-May-2006

_____
**KENNETH J. GAUDET,**
**Investigator, CDO Investigations**

RECEIVED
MAY 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT