2005-03494
Napa County Jail
1125 Third Street
Napa, CA 94559
Plaintiff Pro Se

In the United States District Court
For the District of Columbia

Donald Friedman
Plaintiff,

v.

U.S. Joint Nonlethal Weapons Directorate, et al.

Defendants.

Case No.: 06-00169 RWR

Application for Appointment of Counsel Under 28 U.S.C. §1915, et seq. (Verified)

1. I hereby request that the court appoint an attorney to represent me in the above captioned action.

2. I have been unable to contact attorneys in the private and public sectors about handling my claim

RECEIVED
MAY 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

BECAUSE I AM COMPLETELY INDIGENT (WHILE INCARCERATED), AND BECAUSE THERE ARE NO AD LISTINGS ON THE INTERNET FOR WASHINGTON, DC FOIA ATTORNEYS WHICH CAME UP WHEN I SEARCHED VIA GOOGLE.COM UNDER "ATTORNEY AND REFERRAL AND FOIA AND WASHINGTON, DC" (I REVIEWED THE FIRST 100 THINGS THE SEARCH DID YIELD AND FOUND NOTHING RELEVANT). — NO ATTORNEYS IN PRIVATE PRACTICE AT ALL FOUND IN THIS SEARCH

3. THE REASONS I BELIEVE I SHOULD BE APPOINTED COUNSEL PRO BONO ARE AS FOLLOWS:

   a. I AM NOT AN ATTORNEY AND HAVE A VERY LIMITED KNOWLEDGE OF THE LAW, LEGAL PROCEDURE, ETC. I GRADUATED FROM HIGH SCHOOL BUT ONLY

ATTENDED A FEW COLLEGE CLASSES UNRELATED TO LAW OR LEGAL PROCEDURE.

 b. THE COUNTY JAIL IN WHICH I AM INCARCERATED HAS <u>NO LAW BOOKS OF ANY KIND</u> AVAILABLE IN ITS LAW LIBRARY AND INSTEAD RELIES ON A COMPUTER WITH SEVERELY LIMITED INTERNET ACCESS. THE AVAILABLE, AUTHORIZED INTERNET ACCESS (LIMITED BY SPECIAL SOFTWARE THAT RESTRICTS INTERNET ACCESS) ONLY ALLOWS ACCESS TO A FEW, COUNTY PRE-SELECTED FREE AND PUBLIC ACCESS INTERNET SITES WHICH HAVE SOME (BUT NOT NEARLY ENOUGH) ACCESS TO FEDERAL CASE LAW, ETC. WHICH IS VITALLY NECESSARY TO PROPERLY PREPARE FOR MY PROSECUTION OF THIS CASE. THE

3.

SEARCH APPARATUS AVAILABLE ON THE INTERNET SITES WHICH ARE AUTHORIZED ALSO DOES NOT WORK WELL ENOUGH TO RELIABLY LOCATE CASES WHICH WILL APPLY TO THIS CASE AND THERE IS NO WESTLAW-TYPE INDEXING AVAILABLE ON THE AUTHORIZED SITES EITHER (THAT I HAVE FOUND). BASICALLY, IT APPEARS THAT THE AUTHORIZED INTERNET SITES WILL BE ALL BUT USELESS FOR THE PROSECUTION OF THIS CASE, WHICH WILL LEAVE ME AT A HUGE DISADVANTAGE WHICH CAN ONLY BE MADE FAIR WITH THE APPOINTMENT OF AN ATTORNEY FOR ME.

4.

C. The instant case arises from my need to obtain the records which are the subject of the suit because federal agents have illegally used the weapon described in the suit (a pain-inducing energy weapon which burns the skin in a distinctive way and has a 700+ meter range) on me many times, and as a result of their use of it to torture and coerce me into committing certain acts I am now facing 6+ years in state prison for committing non-volitional acts. I need the requested FOIA records because the

5.

4. Please help me to protect my very important due process and other rights by appointing a pro bono attorney for me in this case.

Respectfully submitted,

_____
Donald Friedman
Plaintiff Pro Se
Dated: January 5, 2006

VERIFICATION

I declare under penalty of perjury, under the laws of the United States, that the verified information provided in this application for appointment of counsel is true and correct.

Dated: January 5, 2006   _____
Plaintiff Pro Se

7.