UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DONALD FRIEDMAN,                    )
                                    )
            Plaintiff,              )
                                    )
        v.                          )  Civil Action No. 06-0169 (RWR)
                                    )
U.S. NONLETHAL WEAPONS              )
DIRECTORATE *et al.*,               )
                                    )
            Defendants.             )
_____ )

ORDER

Plaintiff has moved twice for the appointment of counsel to represent him in this Freedom of Information Act case. For the following reasons, the motions will be denied.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915 (e)(1), but it is not obliged to do so unless the plaintiff demonstrates that such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*.

Consideration is given to several factors. *See* Local Civil Rule 83.11(b)(3). It is too early in the proceedings to gauge the potential merits of the claim and the complexity of the legal and

factual issues involved. Plaintiff, however, has ably represented himself thus far. Accordingly, it is

ORDERED that plaintiff's motions to appoint counsel [Doc. Nos. 4, 15] are DENIED without prejudice.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: June 2, 2006