UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-169 (RWR) |
| | ) Electronic Case Filing |
| UNITED STATES NONLETHAL | ) |
| WEAPONS DIRECTORATE et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff has moved for leave to file a second amended complaint in this Freedom of Information Act ("FOIA") action.  See Docket Entry No. 14.  Because plaintiff has already amended his complaint once, Rule 15 of the Federal Rules of Civil Procedure requires either leave of Court or written consent of the defendants.  Fed. R. Civ. P. 15(a); see also Doe v. McMillan, 566 F.2d 713, 720 (D.C. Cir. 1977) (noting that Rule 15(a) "requires either written consent of the adverse party or leave of the court").  Plaintiff, who is incarcerated, is proceeding pro se.

Because defendants have not yet finished processing plaintiff's FOIA request, defendants have not yet filed a responsive pleading and have sought more time to complete its dispositive motion.  Plaintiff's proposed second amended complaint, which is attached to his motion, contains claims reasonably related to the original complaint.  See Caribbean Broad. Sys., Ltd. v. Cable & Wireless P.L.C., 148 F.3d 1080, 1083 (D.C. Cir.1998) (discussing the liberal standard for amending pleadings and the Court's discretion).  Accordingly, defendants consent to its filing and the second amended complaint should be deemed the operative pleading going forward.

Dated: June 7, 2006.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **7th** day of **June**, 2006, a true and correct copy of the foregoing Defendants' Response to Plaintiff's Motion For Leave to Amend the Complaint was served by first class United States mail, postage prepaid, marked for delivery to:

**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California   94559-3015

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161