UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-169 (RWR) |
| ) | Electronic Case Filing |
| UNITED STATES NONLETHAL ) | |
| WEAPONS DIRECTORATE and ) | |
| UNITED STATES MARINE CORPS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

The defendants, identified in the complaint as the United States Nonlethal Weapons Directorate and the United States Marine Corps, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  Specifically, defendants request that the deadline for responding be extended by one additional month, specifically from June 19, 2006 until July 19, 2006.  The grounds for this motion are set forth below.

Plaintiff, who is proceeding pro se, filed this action seeking certain records he had requested under the FOIA relating to "all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (less than 1" in diameter at point of impact) version of any millimeter-wave based weapon (Active Denial Technology and/or Active Denial System)."  Complaint, ¶ 1.  The

U.S. Attorney's Office was served with the Complaint on March 20, 2006, at which point plaintiff had not yet received a response to his FOIA request. On or about April 19, 2006, plaintiff received certain responsive documents, including eleven color photographs, at no charge.

As noted in defendant's previous request for additional time, there have been some developments since then. Plaintiff confirmed his receipt of the material in a letter dated April 24, 2006 (and received on May 2, 2006) which he addressed to the United States Attorney, and in which plaintiff indicated that he believed additional responsive material existed. The Assistant United States Attorney assigned to this matter promptly forwarded the letter to appropriate personnel assigned to this case by defendants. Undersigned counsel has been informed that, as a result, personnel at the Air Force Research Lab have identified at least some other potentially responsive documents which they have been assembling and reviewing. Undersigned counsel has more recently been informed that some of the material identified is classified, but as of the filing of this motion, it appears likely that defendant will release approximately three additional documents to plaintiff upon receipt of final approval. In addition, individuals working on this case have begun preparing a declaration to provide evidence concerning the search, the response, and the application of relevant FOIA exemption(s). The personnel working on this matter have not previously worked on FOIA litigation and have sought and received guidance from the U.S. Attorney's Office. Undersigned counsel is still not certain whether there will be any fees associated with the request.

Plaintiff filed an amended complaint with the Court on or about May 26, 2006. In the amended complaint, plaintiff purports to add the term "animal" to his FOI A request. See Am.

Compl., ¶ 1 [Docket Entry No. 19] (inter-lineating "animal" into his original description of his FOIA request). Although defendant will address the legal points more thoroughly in its motion for summary judgment, plaintiff may neither make a FOIA request in litigation nor create a moving target; nevertheless, defendants are studying the amended complaint further to ensure that plaintiff receives a proper response to his actual FOIA request. Because the primary relief sought by plaintiff in the initial complaint was a response to his FOIA request, and a response has now been made and another release is possible in the next few weeks, defendants respectfully request that the Court extend defendants some additional time for responding to the amended complaint. Doing so should appropriately conserve the resources of the parties and the Court and will not unfairly prejudice any party. At this point, filing dispositive motion is impractical.

    This extension is sought in good faith and no scheduling order has been entered in this case. Allowing the defendants a reasonable amount of additional time to complete the response to the plaintiff's FOIA request, to respond to plaintiff's correspondence and amended complaint, and to prepare documentation for defending it in this action both serves the purposes of the statute and will aid both the parties and the Court in the development and resolution of this case.

    Counsel for defendants did not consult with plaintiff prior to filing this motion because he is presently incarcerated. See Local Civil Rule 7(m). Undersigned counsel delayed filing this motion by several days because she was awaiting a further update from agency counsel on this matter to be able to present current information to the Court.

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for answering or otherwise responding to the complaint be extended to and including July 19, 2006. A proposed order is attached.

Dated: June 19, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **19th** day of **June**, 2006, a true and correct copy of the foregoing **Defendants' Third Motion for Enlargement of Time** was served by first class United States mail, postage prepaid, marked for delivery to:

**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California   94559-3015


/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161