# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD FRIEDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-169 (RWR) |
| | ) | Electronic Case Filing |
| UNITED STATES NONLETHAL | ) | |
| WEAPONS DIRECTORATE and | ) | |
| UNITED STATES MARINE CORPS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

UPON CONSIDERATION of the defendants' motion for enlargement of time, any

opposition thereto, and the entire record in this matter, and for good cause shown, it is this

_____ day of _____, 2006,

ORDERED that the defendants' motion is hereby GRANTED, and that defendants shall

have through and including July 19, 2006 to answer or otherwise respond to the amended

complaint.

_____
RICHARD W. ROBERTS
United States District Judge

**Copies to:**
**By Electronic Case Filing**
Jane M. Lyons, Assistant United States Attorney
jane.lyons@usdoj.gov

**By U.S. Mail**
**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California  94559-3015