30 December 2005

AFRL = Directed Energy

O. P. R. AFRL/HE
CONTROL # 06-100LL
DUE DATE 3 Jan 06

FOIA Officer/Manager (88 CG/SCCM)
3810 Communications Blvd., Area A
Wright-Patterson AFB, OH 45433-7802

Dear Sir or Ms.:

This request is made pursuant to the Freedom of Information Act (5 U.S.C. §552).

Please send me copies of all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (Active Denial Technology and/or Active Denial System).

This request is made by a defendant in a court case and this request being responded to (and the requested items sent) as soon as possible is a vital part of my legal defense. I request that my request be handled in an expedited manner.

I agree to pay a maximum of $25.00 for the copies requested and for the search fees and request that

Exhibit "A"

AN ESTIMATE OF THE COSTS BE SENT TO ME IF THE COST WILL BE ANY HIGHER.

I ONLY NEED THE COPIES OF THE REQUESTED DOCUMENTS AND PHOTOS AND NOT ANY IDENTIFYING INFORMATION ABOUT INVOLVED AS A TEST SUBJECT, INCLUDING ANY IDENTIFIABLE FEATURES (NAMES, FACES, ETC.). IF NECESSARY, FOR PRIVACY REASONS, PLEASE BLACK OUT OR OBSCURE ANY FACES OR OTHER IDENTIFYING CHARACTERISTICS BEFORE SENDING THE COPIES.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS VERY IMPORTANT REQUEST.

SINCERELY,

[signature]

DONALD M. FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559

November 22, 2005

FOIA Office/Manager
377 MSG/SCBIF
1952 First Street
Kirtland AFB, NM 87117-5666

Re: Freedom of Information Act Request

Dear Sir or Ms.:

This request is made pursuant to the Freedom of Information Act (5 U.S.C. § 552).

Please send me copies of all available written descriptions of <u>and</u> color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" in diameter at point of impact) version of any millimeter-wave (Active Denial Technology or Active Denial System) weapon.

This request is made by a defendant in a court case and this request being responded to (and the requested items sent) as soon as possible is a vital part of my legal defense. I request that my request be handled in an expedited manner.

<u>Exhibit "B"</u>

I AGREE TO PAY A MAXIMUM OF $25.00 FOR THE COPIES REQUESTED AND THE SEARCH AND REQUEST THAT AN ESTIMATE OF THE COSTS BE SENT TO ME IF THE COST WILL BE ANY HIGHER.

I ONLY NEED COPIES OF THE REQUESTED DOCUMENTS AND PHOTOS AND NOT ANY IDENTIFYING INFORMATION ABOUT ANYONE INVOLVED IN THE TESTING AS A TEST SUBJECT, INCLUDING IDENTIFIABLE FEATURES (NAMES, FACES, ETC.). IF NECESSARY, FOR PRIVACY REASONS, PLEASE BLACK OUT OR OTHERWISE OBSCURE ANY FACES OR OTHER IDENTIFYING CHARACTERISTICS BEFORE SENDING THE COPIES.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS VERY IMPORTANT REQUEST.

SINCERELY,

[signature]

MR. DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559



**UNITED STATES MARINE CORPS**
MARINE CORPS SYSTEM COMMAND
2200 LESTER STREET
QUANTICO, VIRGINIA 22134-5010

IN REPLY REFER TO:
5720
LAW/BCC
060F-06
16-Feb-06

DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA CA  94559-3015

Dear Mr. Friedman:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request dated February 3, 2006, addressed to the Joint Non-Lethal Weapons Directorate, Quantico, VA, in which you seek to obtain "all available color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any animal due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (active denial technology and/or active denial system)."

Your request was received by this command on February 16, 2006, and assigned file number 060F-06. Please mention this number in any correspondence regarding your request. Every effort will be made to respond to your request in accordance with 5 USC 552 (a)(6)(i) and other applicable federal statutes and regulations.

We will retrieve and process any records responsive to your request as quickly as possible.

If you do not want to wait for a substantive determination on your request, or if, at any time, you are not satisfied that a diligent effort is being made to process your request, you may file an administrative appeal with the Assistant to the General Counsel (FOIA), General Counsel, Department of the Navy, 720 Kennon Street, S.E., Room 214, Washington, D.C. 20374-5012. Your administrative appeal must include a copy of this letter and the envelope should bear the notation "Freedom of Information Act Appeal." Please provide this office a copy of any such appeal letter by sending it to MARCORSYSCOM (Attn: LAW), 2200 Lester St., Suite 120, Quantico, Virginia 22134-5010. Please note that you will not prejudice your right to an administrative appeal by waiting until we have made a substantive determination regarding your request.

Any questions concerning this matter should be directed to Mrs. Bobbie Cave at (703) 432-3934 or bobbie.cave@usmc.mil.

Sincerely,

J. B. BENNETT
Counsel

EXHIBIT "C"

**People vs Donald Max Friedman**
**United States District Court for the District of Columbia Case No.: 06-0169-RWR**

# PROOF OF SERVICE

I, declare that I am employed in the County of Napa, State of California. I am over the age of eighteen. My business address in 1325 Imola Ave. West # 427, Napa, California 94559.

I am a licensed Private Investigator in the state of California, # **PI 19702**.
I am a registered Process Server in the County of Napa, CA Reg. # **S-2802**.

On 24-May-2006, I mailed from Napa, CA: the following documents:

**1) 2nd Amended Complaint for Declaratory and Injunctive relief under 5 U.S.C. § 552 (FOIA)**

I served the documents by enclosing them in an envelope and depositing the envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows;

| | |
|---|---|
| Court Clerk | US Attorney |
| US District Court | Civil Division |
| Room 1225 | 555 4th NW, Room E-4822 |
| 333 Constitution Ave NW | Washington, DC 20530 |
| Washington, DC 20001 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 24-May-2006

_____
**KENNETH J. GAUDET,**
**Investigator, CDO Investigations**