UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES NONLETHAL ) <br> WEAPONS DIRECTORATE and ) <br> UNITED STATES MARINE CORPS, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 06-169 (RWR) <br> Electronic Case Filing |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

The defendants, identified in the complaint as the United States Nonlethal Weapons Directorate and the United States Marine Corps, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the second amended complaint in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, defendants request that the deadline for responding be extended by one additional month, specifically from July 19, 2006 until August 18, 2006. The grounds for this motion are set forth below.

Plaintiff, who is proceeding pro se, filed this action seeking certain records he had requested under the FOIA relating to "all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (less than 1" in diameter at point of impact) version of any millimeter-wave based weapon (Active Denial Technology and/or Active Denial System)." Complaint, ¶ 1.

Plaintiff sent his FOIA request on or about November 26, 2005.  Id.  The U.S. Attorney's Office was served with the Complaint on March 20, 2006, at which point plaintiff had not yet received a response to his FOIA request.  On or about April 19, 2006, plaintiff received certain responsive documents, including eleven color photographs, at no charge.

Subsequently, plaintiff sent a letter to counsel for defendants concerning the response he had received.  As a result of reviewing plaintiff's April 24, 2006 letter, personnel at the Air Force Research Lab have identified, assembled, and reviewed some additional documents that may be responsive to plaintiff's April 24, 2006 letter.  Undersigned counsel has been informed that some of these documents may be released shortly.  Undersigned counsel is uncertain at this time whether any fees will be associated with this supplemental response.  In the meantime, individuals working on this case have been preparing a declaration to provide evidence concerning the search, the response, and the application of relevant FOIA exemption(s).  The U.S. Attorney's Office has been actively assisting with these efforts.

Plaintiff filed a motion to file a second amended complaint on or about May 26, 2006.  In the second amended complaint, plaintiff purports to add the term "animal" to his FOI A request based on a February 3, 2006 letter he sent to defendants.  See 2d Am. Compl., ¶ 1 [Docket Entry No. 19] (inter-lineating "animal" into his original description of his FOIA request), and compare with 2d Am. Compl., Exhibit A.  Because the statutory period for responding under the FOIA had already expired, defendants did not object to the second amended complaint, and the Court granted Plaintiff's Motion to File his Second Amended Complaint on July 14, 2006 [Docket Entry No. 18].  Although it would have been possible to litigate plaintiff's two different FOIA requests in separate lawsuits, and the addition of the word "animal" arguably expands the subject

matter of plaintiff's FOIA request significantly, defendants are in the process of reviewing additional documents and responding to plaintiff and documenting their efforts to support a single dispositive motion to be filed in this case.  Defendants are currently performing these searches and evaluations and will provide responsive records to plaintiff as soon as possible, but the records to be searched are substantial and more time is needed.  Undersigned counsel has been informed that personnel working on this matter anticipate that the review of documents will be completed in approximately two weeks.

Because plaintiff has created a bit of a moving target in this litigation, defendants should be afforded a reasonable amount of additional time to track the target and respond accordingly.  Moreover, because the primary relief sought by plaintiff in the initial complaint was a response to his FOIA request, and a response has now been made and another release is likely in the next few weeks, defendants respectfully request that the Court extend defendants some additional time for responding to the second amended complaint.  Doing so should appropriately conserve the resources of the parties and the Court and will not unfairly prejudice any party.  At this point, although filing of a partial motion for summary judgment addressing only plaintiff's initial FOIA request would be possible, it is preferable to address all issues in a single motion.

This extension is sought in good faith and no scheduling order has been entered in this case.  Allowing the defendants a reasonable amount of additional time to complete the response to the plaintiff's second FOIA request, to respond to plaintiff's second amended complaint, and to prepare documentation for defending this action both serves the purposes of the statute and will aid both the parties and the Court in the development and resolution of this case.

Counsel for defendants did not consult with plaintiff prior to filing this motion because he is presently incarcerated. See Local Civil Rule 7(m). Undersigned counsel was under the impression that a dispositive motion could be timely filed by the existing deadline of July 19, 2006 until July 17, 2006 when further consultation with personnel from the agency confirmed that additional searches involving the second FOIA request were ongoing.

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for answering or otherwise responding to the complaint be extended to and including August 18, 2006. A proposed order is attached.

Dated: July 18, 2006.

            Respectfully submitted,

            _____
            KENNETH L. WAINSTEIN, D.C. BAR # 451058
            United States Attorney

            _____
            RUDOLPH CONTRERAS, D.C. BAR # 434122
            Assistant United States Attorney

            /s/_____
            JANE M. LYONS, D.C. BAR # 451737
            Assistant United States Attorney
            Civil Division
            555 4th Street, N.W. - Room E4822
            Washington, D.C. 20530
            (202) 514-7161

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this **18th** day of **July**, 2006, a true and correct copy of the foregoing **Defendants' Motion for Enlargement of Time** was served by first class United States mail, postage prepaid, marked for delivery to:

**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California   94559-3015

 

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161