UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, )<br>)<br>      Plaintiff, )<br>  v. )<br>)<br>UNITED STATES NONLETHAL )<br>  WEAPONS DIRECTORATE and )<br>UNITED STATES MARINE CORPS, )<br>)<br>      Defendants. )<br>_____) | Civil Action No. 06-169 (RWR)<br>Electronic Case Filing |

## ORDER

UPON CONSIDERATION of the defendants' motion for enlargement of time, any opposition thereto, and the entire record in this matter, and for good cause shown, it is this

_____ day of _____, 2006,

ORDERED that the defendants' motion is hereby GRANTED, and that defendants shall have through and including August 18, 2006 to file a dispositive motion in this case brought under the Freedom of Information Act, 5 U.S.C. § 552.

_____
RICHARD W. ROBERTS
United States District Judge

**Copies to:**
**By Electronic Case Filing**
Jane M. Lyons, Assistant United States Attorney
jane.lyons@usdoj.gov

**By U.S. Mail**
**DONALD FRIEDMAN**
#200503494
NAPA County Jail
1125 Third Street
NAPA, California   94559-3015