UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD FRIEDMAN, )
           Plaintiff, )
   )
           v. ) Civil Action No. 06-169 (RWR)
   ) Electronic Case Filing
UNITED STATES NONLETHAL )
WEAPONS DIRECTORATE et al., )
           Defendants. )
   )

## Declaration of Dr. Garrett D. Polhamus

I, Dr. Garrett D. Polhamus, declare as follows:

(1) I am the Chief of the Air Force Research Laboratory, Directed Energy Bioeffects Division (AFRL/HED), at Brooks City-Base, Texas. As Chief, I oversee and supervise the day-to-day operations of the AFRL/HED.

(2) Due to the nature of my official duties, I am familiar with the procedures followed by AFRL/HED in responding to requests for information from its files pursuant to the provisions of 5 U.S.C. § 552, commonly known as the Freedom of Information Act (FOIA), and 5 U.S.C. § 552a, commonly known as the Privacy Act of 1974.

(3) The statements made in this declaration are based upon my personal knowledge, information made available to me in the performance of my official duties and conclusions reached in accordance therewith.

### Mr. Friedman's 26 November 2005 FOIA request

(4) Mr. Friedman sent a letter dated 26 November 2005 to "FOIA Officer/Manager (88 CG/SCCM), 3810 Communications Blvd., Area A, Wright-Patterson AFB, OH 45433-7802"

requesting "copies of all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (Active Denial Technology and/or Active Denial System)." See Exhibit A.

(5) The Active Denial System (ADS) and Active Denial Technology (ADT) are being developed and the resulting bioeffects, or effects on living organisms such as humans, from ADS and ADT are being investigated by the Radio Frequency Radiation Branch (AFRL/HEDR) of AFRL/HED in conjunction with the United States Marine Corps Joint Non-Lethal Weapons Directorate (USMC JNLWD). ADS utilizes ADT, which is the targeting of directed energy waves to overcome an individuals' pain threshold by rapidly heating that individual's skin. The result is that the individual is repelled and/or stopped without causing thermal damage to his or her skin or causing other secondary effects.

(6) To the best of my knowledge and after discussions with USMC JNLWD, AFRL/HED is the custodian of records for all Department of Defense (DoD) bioeffects projects related to ADS and/or ADT. Specifically, all such bioeffects information is in the possession of and held by AFRL/HEDR.

(7) As such, Mr. Friedman's request was routed to AFRL/HED. On 20 December 2005, I determined that additional records responsive to Mr. Friedman's request may be located at USMC JNLWD. See Exhibit B. Mr. Friedman's request was forwarded to USMC JNLWD on 3 January 2006 by Mr. David Cameron, FOIA Manager, 311th Communications Squadron. See Exhibit C. Mr. Cameron is retired from the DoD, but previously provided FOIA support to

2

AFRL/HED. Mr. Cameron informed Mr. Friedman of this transfer via correspondence dated 3 January 2006. See Exhibit D.

(8) I initiated a data search of all records relating to "any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (Active Denial Technology and/or Active Denial System)" through Lieutenant Colonel Noel D. Montgomery, AFRL/HEDR, Ms. Stephanie Miller, AFRL/HEDR and Major William Pramenko, USMC JNLWD. Lt Col Montgomery is the Chief of AFRL/HEDR and oversees the direction and control of all operations of AFRL/HEDR, including ADS and ADT. Ms. Miller is the Technical Advisor at AFRL/HEDR and Bioeffects Program Manager for the ADS and ADT projects. Maj Pramenko is the Health Effects Officer for USMC JNLWD.

(9) Historic information relating to the bioeffects of ADS and ADT is stored on a central network hard drive at AFRL/HED and organized under the user Team ADS. The files under user Team ADS are further subdivided by topic. In addition, photographs stored under user Team ADS are all grouped together, further subdivided by event. Lt Col Montgomery and/or Ms. Miller manually reviewed all files and photographs under Team ADS to identify documents relating to injuries, wounds, blemishes, burns, etc to any person due to a narrow-beam (under 1" at point of impact) version of ADT or ADS as specified by Mr. Friedman in his 26 November 2005 letter.

(10) Current information relating to the bioeffects of ADS and ADT is kept by individual investigators in working files, all of which are assigned to AFRL/HEDR. Lt Col Montgomery and/or Ms. Miller hand searched these files to identify documents relating to injuries, wounds,

blemishes, burns, etc to any person due to a narrow-beam (under 1" at point of impact) version of ADT or ADS as specified by Mr. Friedman in his 26 November 2005 letter.

(11)  USMC JNLWD maintains paper files of information relating to the human effects caused by ADS and ADT.  USMC JNLWD also maintains a shared drive of information relating to ADS and ADT, with information being stored on computer hard drives accessible by Maj Pramenko, Dr. Mary Williams and Dr. Bruce Wright.  Dr. Williams is an on-site contractor who provides support to the Joint Non-Lethal Weapons Directorate Health Effects Officer.  Dr. Wright is a civil service employee who acts as an interface between program managers and the Non-lethal Weapons Human Effects Center of Excellence (NLW-HECOE).  Maj Pramenko hand searched the paper files and searched the shared drive and individual hard drives to identify documents relating to injuries, wounds, blemishes, burns, etc to any person due to a narrow-beam (under 1" at point of impact) version of ADT or ADS as specified by Mr. Friedman in his 26 November 2005 letter.

(12)  The searches described in Paragraphs 9, 10 and 11 above produced 12 photographs relating to injuries, wounds, blemishes, burns, etc to any person due to narrow-beam (under 1" at point of impact) version of ADT or ADS.

(13)  Via correspondence dated 19 April 2006, Mr. J. B. Bennett, counsel for United States Marine Corps, Marine Corps System Command, responded to Mr. Friedman's 26 November 2005 letter and the Complaint and forwarded the above described 12 photographs. See Exhibit E.  To the best of my knowledge, these 12 photographs represent all the DoD records responsive to Mr. Friedman's 26 November 2005 letter.

4

## Mr. Friedman's 3 February 2006 FOIA request

(14)  Mr. Friedman sent a letter dated 3 February 2006 to "FOIA Manager, HAF/ICIOD

(FOIA), 1000 Air Force Pentagon, Washington, DC 20330-1000" requesting "color photos of

any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could

have been, or could be left on (or inflicted upon) any animal due to any use or testing on them of

any narrow-beam (under 1" in diameter at point of impact) version of any millimeter-wave

energy weapon (Active Denial Technology, Active Denial System, etc.)" See Exhibit F

(emphasis in original). This request is broader than Mr. Friedman' 26 November 2005 letter;

Mr. Friedman enlarged his original request to include *photographs of animal use and/or testing*

as well as human-testing related information.

(15)  Via correspondence dated 21 March 2006, Mr. John M. Espinal, Chief,

Documentation Information & Services Branch, HAF/ICIOD (FOIA), forwarded Mr. Friedman's

3 February 2006 letter to AFRL/HED. See Exhibit G.

(16)  Via correspondence dated 21 March 2006, Mr. Espinal informed Mr. Friedman that

HAF/ICIOD is not the office of primary responsibility for his request and that, as such, the

request was forwarded to AFRL/HED. See Exhibit H.

(17)  All photographs of ADS and ADT use and/or testing on animals are housed under

the computer directory "Thermal" on the computer server "Shogun" at AFRL/HED. Except as

stated in Paragraph 20 below, all such photographs have never been disclosed, distributed or

otherwise disseminated outside of AFRL. I initiated a search of the "Thermal" directory through

Ms. Miller, AFRL/HEDR. Ms Miller viewed every photograph housed under the "Thermal"

directory.

5

(18) The searches described above in Paragraph 17 produced 987 records. I was provided these results and reviewed each record to determine if it was responsive to Mr. Friedman's request and/or covered by an exemption to FOIA. In making this determination, I consulted with the 311 Human Systems Wing Staff Judge Advocate General's Office (311 HSW/JA) for legal review. 311 HSW/JA provides legal support for AFRL/HED.

(19) I determined that 459 of the records described in Paragraph 18 above were responsive to Mr. Friedman's 3 February 2006 letter. None of the records described in Paragraph 18 are covered by an exemption to FOIA. These photographs were never classified.

(20) The photographs (459 total) were forwarded to Mr. Friedman via correspondence from Colonel Thomas G. Crossan Jr., Staff Judge Advocate, 311 HSW/JA, dated 24 July 2006. See Exhibit I. To the best of my knowledge, these photographs represent all the DoD records responsive to Mr. Friedman's 3 February 2006 letter.

### Mr. Friedman's 24 April 2006 FOIA request

(21) Mr. Friedman sent a letter dated 24 April 2006 to Mr. Kenneth Wainstein, United States Attorney, regarding this matter. See Exhibit J. This letter was forwarded to AFRL/HED. The letter thanks Mr. Wainstein for the release of the photographs described in Paragraphs 12 and 13 above. The letter also rephrases Mr. Friedman's 26 November 2006 request to include a request for additional information. Mr. Friedman broadened his request to include information related to program(s) described at the webpage at http://www.sandia.gov/news-center/news-releases/2005/def-nonprolif-sec/active-denial.html. See Exhibit K. This webpage describes ADS and ADT. In addition, Mr. Friedman broadened his request to include "all weapon-effect related research notes, bench notes, etc" regarding human effects from "very-narrow-beam ADT/ADS."

6

(22)  The individuals named in Paragraph 8 above conducted similar searches to those described above in Paragraphs 9, 10 and 11, except that the information searched for was regarding:

     a.  Small beam size Active Denial Technology tested on humans; and,

     b.  The project described at http://www.sandia.gov/news-center/news-releases/2005/def-nonprolif-sec/active-denial.html.

(23)  The searches described above in Paragraph 22 produced five records.  I was provided these results and reviewed each record to determine if it was responsive to Mr. Friedman's requests and/or covered by an exemption to FOIA.  In making this determination, I consulted with 311 HSW/JA.

(24)  I determined that three of the five records described above in Paragraph 23 were responsive to Mr. Friedman's 24 April 2006 letter and not covered by an exemption to FOIA. These documents were never classified.  These documents are a report entitled *Effects of a 400-W, 95-Ghz, Active Denial Technology Subsystem on Non-Stationary Humans Engaged in Goal-Directed Behavior*, Final Technical Report, April 2006; presentation slides entitled *FSEP ADT Human Effects Testing & Futures*, 13 April 2006; and, presentation slides entitled *FSEP 400-W, 95-GHz Transmitter Experiment 1: Static Exposures Preliminary Results*, 15 February 2006.

(25)  The documents identified in Paragraph 24 above were forwarded to Mr. Friedman via the correspondence from Col Crossan dated 24 July 2006.  See Exhibit I.  To the best of my knowledge, these three documents represent all the DoD records responsive to Mr. Friedman's 24 April 2006 letter that are not covered by an exemption to FOIA.

(26)  The searches described above in Paragraph 22 above produced two records that were properly classified in accordance with Executive Order No. 12958 and remain properly

7

classified. These documents are exempt from disclosure under 5 U.S.C. § 552(b)(1) and

Department of Defense Regulation 5400.7/Air Force Supplement, paragraph C3.2.1.1 and have

been withheld in full. This exemption requires Government agencies to withhold classified

information provided that such information is classified in accordance with Executive Order No.

12958, as amended, 68 Fed. Reg. 15,315 (28 March 2003), reprinted in 50 U.S.C.A. § 435 note

(West Supp. 2003) and summarized in FOIA Post (posted 11 April 2003). There is no discretion

regarding the release of properly classified information.

(27) For the withheld documents, I am not the original classification authority but rely on

the determination of those who do have original classification authority. The original

classification authority was Dr. R. Earl Good, SES, DAF, formerly Director, Directed Energy

Directorate, Kirtland AFB, NM. The withheld documents, and thus the classified information,

are owned by and under the control of the U.S. government. The information contained within

the documents falls within the following categories contained in Section 1.5 of Executive Order

12958: (a) military plans, weapons systems or operations, (e) scientific, technological or

economic matters relating to national security and (g) vulnerabilities or capabilities of systems,

installations, projects or plans relating to national security. The original classification authority,

by virtue of publishing a security classification guide, has determined that the unauthorized

disclosure of the withheld documents could reasonably be expected to result in damage to

national security. Executive Order 12958, Section 1.5, (a), (e) and (g).

(28) Each withheld document was marked as required and stamped with the proper

classification designation in accordance with Executive Order 12958 Sections 1.7 (a)(1)-(5).

Also, each document was marked to indicate clearly that each document is classified in its

entirety as set forth in Executive Order 12958, Section 1.6. The prohibitions and limitations on

classification specified in Executive Order 12958 Section 1.8 and the declassification policies set

forth in Executive Order 12958 Section 3.2 were followed. Specifically, none of the information

contained in the withheld documents can be reasonably segregated and released and/or provided

to Mr. Friedman.

(29) The withheld documents consist of reports and data files relevant to the operation of

ADS. A description of each of the two withheld documents follows:

a. Technical Report for Dosimetry.

Title: "Dosimetry of the Department of Energy, 400-W, 95-GHz Transmitter"

Classification: Classified Document

Date of Release: December 2005

Synopsis: Dosimetry of the Department of Energy (DoE) 400-W, 95-GHz transmitter is

performed in preparation for human exposure experiments that address the safety and

effectiveness of this system as a non-lethal weapon (NLW).

b. Technical Report for Experiment 1 (Static Targets, Brooks).

Title: "Effects of 400-W, 95-GHz, Millimeter Wave Energy on Stationary Humans"

Classification: Classified Document

Date of Release: Report not yet finalized, anticipated August 2006

Synopsis: The safety and effectiveness of several millimeter wave (MMW), directed energy

systems are under investigation by AFRL/HEDR for potential use as non-lethal weapons

(NLWs). Accordingly, the Department of Energy (DoE) 400-W, 95-GHz transmitter, a recently

developed prototype system statically mounted on a tripod with a manually adjustable

subreflector for beam focusing, is used for MMW energy exposures of stationary human

subjects, performed under Protocol #F-BR-2005-0057-H, in order to determine the incident

9

power density required to produce intolerable pain as exhibited by subjects escaping from the

transmitted beam.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated: 8/17/06

GARRETT D. POLHAMUS, USAF

STATE OF TEXAS          )
                        )
COUNTY OF BEXAR         )

Subscribed and sworn to by GARRETT D. POLHAMUS before me, RAQUEL BARTLETT, a

Notary Public in and for BEXAR County, State of TEXAS on this 17th day of August 2006.

(Signature)

My Commission expires _Jan 10, 2008_.

Attachments:

Exhibit A: Letter from Mr. Friedman to "FOIA Officer/Manager (88 CG/SCCM)" dated 26
           November 2005
Exhibit B: Responsive records determination by Dr. Polhamus dated 20 December 2005
Exhibit C: Forwarding correspondence to USMC JNLD from Mr. Cameron dated 3 January
           2006
Exhibit D: Transfer notification from Mr. Cameron to Mr. Friedman dated 3 January 2006
Exhibit E: Letter from Mr. Bennett to Mr. Friedman dated 19 April 2006
Exhibit F: Letter from Mr. Friedman to "FOIA Manager, HAF/ICIOD (FOIA)" dated 3
           February 2006
Exhibit G: Correspondence from Mr. Espinal to AFRL/HED dated 21 March 2006
Exhibit H: Correspondence from Mr. Espinal to Mr. Friedman dated 21 March 2006
Exhibit I: Correspondence from Col Crossan to Mr. Friedman dated 24 July 2006
Exhibit J: Letter from Mr. Friedman to Mr. Wainstein dated 24 April 2006
Exhibit K: Webpage found at http://www.sandia.gov/news-center/news-releases/2005/def-
           nonprolif-sec/active-denial.html on 6 June 2006

# EXHIBIT A
## (2 pages)

NOVEMBER 26, 2005

O. P. R. AFRL/HE    AFRL => DIRECTL ENTRY
CONTROL # 06-1006K
DUE DATE 3 Jan 05

FOIA OFFICER/MANAGER (88 CG/SCCM)
3810 COMMUNICATIONS BLVD., AREA A
WRIGHT-PATTERSON AFB, OH 45433-7802

FOIA # 06-2008-F8
DATE REG'D/TIME 3/50
INITIALS  rc
SUSPENSE 21 Dec 05

DEAR SIR OR MS.:

THIS REQUEST IS MADE PURSUANT TO THE FREEDOM OF
INFORMATION ACT (5 U.S.C. §552).

PLEASE SEND ME COPIES OF ALL AVAILABLE WRITTEN
DESCRIPTIONS OF AND COLOR PHOTOS OF ANY PERMANENT
OR TEMPORARY MARKS, INJURIES, WOUNDS, BLEMISHES,
BURNS, ETC. WHICH WERE, COULD HAVE BEEN, OR COULD
BE LEFT ON (OR INFLICTED UPON) ANY PERSON DUE TO ANY
USE OR TESTING ON THEM OF ANY NARROW-BEAM
(UNDER 1" AT POINT OF IMPACT) VERSION OF ANY
MILLIMETER-WAVE WEAPON (ACTIVE DENIAL TECHNOLOGY
AND/OR ACTIVE DENIAL SYSTEM).

THIS REQUEST IS MADE BY A DEFENDANT IN A COURT
CASE AND THIS REQUEST BEING RESPONDED TO (AND THE
REQUESTED ITEMS SENT) AS SOON AS POSSIBLE IS A VITAL
PART OF MY LEGAL DEFENSE. I REQUEST THAT MY REQUEST
BE HANDLED IN AN EXPEDITED MANNER.

I AGREE TO PAY A MAXIMUM OF $25.00 FOR THE COPIES
REQUESTED AND FOR THE SEARCH FEES AND REQUEST THAT.

PAGE 2

AN ESTIMATE OF THE COSTS BE SENT TO ME IF THE COST WILL BE ANY HIGHER.

I ONLY NEED THE COPIES OF THE REQUESTED DOCUMENTS AND PHOTOS AND NOT ANY IDENTIFYING INFORMATION ABOUT INVOLVED AS A TEST SUBJECT, INCLUDING ANY IDENTIFIABLE FEATURES (NAMES, FACES, ETC.). IF NECESSARY, FOR PRIVACY REASONS, PLEASE BLACK OUT OR OBSCURE ANY FACES OR OTHER IDENTIFYING CHARACTERISTICS BEFORE SENDING THE COPIES.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS VERY IMPORTANT REQUEST.

SINCERELY,

DONALD M. FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559

# EXHIBIT B
## (2 pages)

# RUSH - FREEDOM OF INFORMATION ACT

| FREEDOM OF INFORMATION ACT REQUEST *(Processing instructions on reverse)* | CASE NUMBER 06-0008-HS | SUSPENSE 20051221 |
|---|---|---|

| I. | FOIA OFFICE PROCESSING ACTIONS | |
|---|---|---|

☒ YES  ☐ NO    1. REQUESTER INVOKED FOIA AND OWES NO OUTSTANDING FEES

☒ YES  ☐ NO    2. REQUEST IS REASONABLY DESCRIBED

☒ YES  ☐ NO    3. FEE ISSUE IS RESOLVED    ☐ WAIVE    ☐ REQUESTER WILL PAY UP _____

| TO AFRL/HEDR THRU AFRL/HEDM | FROM 311 CS/SCSD |
|---|---|

☒ INITIAL SEARCH ACTION        ☐ APPEAL ACTION

☒ RECORD TIME EXPENDED ON DD FORM 2086

**REMARKS** Please provide all the info that is available and releasable. If any or all of the request is to be denied, follow instructions on Part II B on the back side of form. IN ADDITION, PLEASE PROVIDE REMARKS STATING WHAT IS NOT AVAILABLE/PROVIDED.

| FOIA MANAGER'S NAME DAVID CAMERON | SIGNATURE *David Cameron* | PHONE 4-2168 | DATE 7 Dec 05 |
|---|---|---|---|

| II. | OPR PROCESSING ACTIONS | |
|---|---|---|

☐ NO RECORDS COULD BE LOCATED

☒ RECORDS MAY BE AVAILABLE AT ANOTHER SOURCE. FORWARD REQUEST TO: USMC Joint Non-Lethal Weapons Directorate

☐ RECORDS ARE    ☐ FULLY RELEASABLE    ☐ FULLY DENIED UNDER    ☐ PARTIALLY DENIED UNDER

☐ b1  ☐ b2  ☐ b3    STATUTE _____    ☐ b4  ☐ b5  ☐ b6

☐ b7  ☐ b8  ☐ b9    ☐ PROPOSED DENIAL LETTER ATTACHED

**REMARKS** The USMC Joint Non-Lethal Weapons Directorate at Quantico MCB, VA is the DoD lead agency for all non-lethal weapons related activities and this request should be forwarded to that agency.

| NAME, GRADE, TITLE GARRETT D. POLHAMUS, DR-IV, DAF Chief, Directed Energy Bioeffects Div. | SIGNATURE *GD Polhamus* | PHONE 210-536-2091 | DATE 12/20/05 |
|---|---|---|---|

| III. | OPR SECOND LEVEL APPROVAL (DIRECTORATE or CSO APPROVAL) | |
|---|---|---|

☐ CONCUR        ☐ NONCONCUR *(Rationale in remarks)*

**REMARKS**

| NAME, GRADE, TITLE | SIGNATURE | PHONE | DATE |
|---|---|---|---|

| IV. | LEGAL COORDINATION (Denials and Appeals Only) | |
|---|---|---|

| TO | | |
|---|---|---|

☐ CONCUR WITH RECOMMENDED DENIAL    ☐ CONCUR WITH "NO RECORD" RESPONSE    ☐ NONCONCUR *(Rationale in remarks)*

**REMARKS**

| NAME, GRADE, TITLE | SIGNATURE | PHONE | DATE |
|---|---|---|---|

AFMC FORM 569, 19950501(IMT-V1)        REPLACES AFMC FORM 569, JUL 92 WHICH IS OBSOLETE

## INSTRUCTIONS
### (See DODR 5400.7/AFS1)

I. FOIA OFFICE INSTRUCTIONS

   A. Do not assign a suspense or forward case thru FOIA Monitor to OPR until Questions 1-3 have been answered "YES".

   B. Attach a cost sheet or DD Form 2086 and a copy of the incoming request. Forward to OPR or FOIA monitor.

II. OPR/FOIA MONITOR INSTRUCTIONS: If request is not reasonably described, notify your FOIA office. Do not create a record to satisfy a request. If the record does not exist, so state in "REMARKS". If chargeable processing costs will exceed the dollar amount authorized in Section I, Question 3, notify FOIA office.

   A. Return case to FOIA office by the suspense date. If date cannot be met, ask for instructions.

   B. Complete Section II. Review *DOD 5400.7/AFS1* for description of material which may be denied under authorized exemptions. Attach to the case file:

     1. One set of records to be fully released. Prepare documents for release per paragraph 3 below.

     2. One set of records to be fully denied.

     3. Two sets of records to be partially denied as follows: one full set of requested documents with denied portions yellow highlighted; one sanitized set with the denied portions removed. Prepare sanitized records as follows

       a. Thoroughly remove those parts to be denied. Make sure that the denied parts cannot be read. On denials involving classified or extremely sensitive information, the denied parts MUST be cut out rather than blackened out, whited out, or taped out.

       b. Draw a single line through security classification markings , FOUO markings and stamp the document "Unclassified".

   C. Follow any additional instructions given by FOIA office. Prepare proposed denials to be forwarded to HQ AFMC per instructions given by FOIA Office.

   D. Have your servicing SJA review and coordinate on all full or partial denials.

III. DIRECTORATE & CSO INSTRUCTIONS: The Director or designee (at least 1 level above section II signature) completes section III. Return complete case file to FOIA office for final processing.

IV. LEGAL COORDINATOR INSTRUCTIONS: Complete Section IV. Return complete case file to OPR/FOIA Monitor or FOIA office.

V. REMARKS

AFMC FORM 889, 19850501 (Reverse)

# EXHIBIT C
## (1 page)



# DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 311TH MISSION SUPPORT GROUP (AFMC)
BROOKS CITY-BASE TEXAS
MCSC

> FOIA Request
>
> # #036F-06
>
> Received:
> 19-Jan-06

3 Jan 06

MEMORANDUM FOR COMMANDER MARINE CORPS SYSTEM COMMAND (LAW-Q)
    ATTENTION MS BOBBIE CAVE
    2033 BERNETT AVE
    MCB QUANTICO VA 22134-5010

FROM: 311 CS/SCSD
    7735 Chambers Parkway
    Brooks City-Base TX 78235-5102

SUBJECT: Freedom of Information Act (FOIA) Request – Case # 06-0008-HS, from
    Donald M Friedman

1. In accordance with DOD Regulation 5400.7/Air Supplement, paragraph C1.5.9.4, the attached FOIA request is forwarded to your office for action and direct response to the requester. The request was accepted by Ms Cave on 3 Jan 06.

2. Should you have any questions, please contact me at (210) 536-2168 or DSN 240-2168.


                                    DAVID CAMERON
                                    Freedom of Information Act Manager

Attachments:
1. 311 CS/SCSD Referral Ltr to Requestor, 3 Jan 06
2. Donald M. Friedman Ltr, 26 Nov 05

# EXHIBIT D
## (2 pages)



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 311TH MISSION SUPPORT GROUP (AFMC)
BROOKS CITY-BASE TEXAS

3 Jan 06

MEMORANDUM FOR MR DONALD M. FRIEDMAN
        CONFIDENTIAL LEGAL CORRESPONDENCE
        1125 THIRD STREET
        NAPA CA 94559

FROM: 311 CS/SCSD
        7735 Chambers Parkway
        Brooks City-Base TX 78235-5102

SUBJECT: Freedom of Information Act Request

1. This is in response to your Freedom of Information Act request dated 26 Nov 05, case number
06-0008-HS, for documents as specified in your letter. Your request has been transferred to

        COMMANDER MARINE CORPS SYSTEM COMMAND (LAW-Q)
        ATTENTION MS BOBBIE CAVE
        2033 BERNETT AVE
        MCB QUANTICO VA 22134-5010

They will respond directly to you.

2. Inasmuch as this completes our work on your request, we are closing your file in this office.
Future inquiries regarding this referral should be directed to the COMMANDER MARINE
CORPS SYSTEM COMMAND (LAW-Q). If you have any questions, please call me at AC
(210) 536-2168. There are no assessable fees for processing your request in this instance.

                                        DAVID CAMERON
                                        Freedom of Information Act Manager

Attachment:
Cy of transfer letter

JUL-17-2006  14:12

P.21/43



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 311TH MISSION SUPPORT GROUP (AFMC)
BROOKS CITY-BASE TEXAS

> MCSC
> **FOIA Request**
> **#036F-06**
> Received:
> **19-Jan-06**

3 Jan 06

MEMORANDUM FOR COMMANDER MARINE CORPS SYSTEM COMMAND (LAW-Q)
ATTENTION MS BOBBIE CAVE
2033 BERNETT AVE
MCB QUANTICO VA 22134-5010

FROM: 311 CS/SCSD
7735 Chambers Parkway
Brooks City-Base TX 78235-5102

SUBJECT: Freedom of Information Act (FOIA) Request – Case # 06-0008-HS, from
Donald M Friedman

1. In accordance with DOD Regulation 5400.7/Air Supplement, paragraph C1.5.9.4, the attached
FOIA request is forwarded to your office for action and direct response to the requester. The
request was accepted by Ms Cave on 3 Jan 06.

2. Should you have any questions, please contact me at (210) 536-2168 or DSN 240-2168.

DAVID CAMERON
Freedom of Information Act Manager

Attachments:
1. 311 CS/SCSD Referral Ltr to Requestor, 3 Jan 06
2. Donald M. Friedman Ltr, 26 Nov 05

# EXHIBIT E
## (14 pages)





**UNITED STATES MARINE CORPS**
MARINE CORPS SYSTEM COMMAND
2200 LESTER STREET
QUANTICO, VIRGINIA 22134-6010

5720
LAW/BCC
MCSC200600036
19 April 06

MR DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRERSPONDENCE
1125 THIRD STREET
NAPA CA  94559-3015

Dear Mr. Friedman:

This responds to your Freedom of Information Act (FOIA) request of November 26, 2005, addressed to Wright Patterson Air Force Base in which you requested "all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (active denial technology and/or active denial system)".

As you know, the Air Force ultimately forwarded your FOIA request to this office which we acknowledged receipt (FOIA Request No. 036F-06) via the letter sent to you dated February, 1, 2006. Subsequently, sometime after March 17, 2006, this office received a copy of the Complaint you filed in the United States District Court, District of Columbia (Civil Action 06-0169 RWR), in connection with your FOIA request described above for this office's alleged failure to respond.  Please be advised that the documents enclosed with this letter provides a final response to the FOIA request mentioned above, the Complaint you filed in the U.S. District Court, District of Columbia, and any other subsequent FOIA requests you may have submitted to the Joint Non-Lethal Weapons Directorate for the same or similar information to your original request.

The enclosed documents are photographs of a 1999 accidental overexposure from a test bench millimeter-wave system, which is not a weapon, that took place at the Air Force Research Laboratory. The Air Force Research Laboratory has indicated that any other reports or documents, if any, that may have accompanied the enclosed photographs would have been destroyed after 4 years in accordance with its established procedures.  The enclosed photos meet several of the criteria in your request.  However, it does not meet other criteria.  In particular, as already mentioned, the

DONALD FRIEDMAN - 036F-06
19-Apr-06
exposure shown in the photos are not a product from a weapon.
Additionally, the Joint Non-Lethal Weapons Directorate has not
sponsored any research with the purpose of identifying "marks. . .
burns, etc. which. . . could have been, or could be left on (or
inflicted upon) any person."  Nevertheless, the documents enclosed
with this letter are all the documents responsive to your request
in possession of the Joint Non-Lethal Weapons Directorate and the
Air Force Research Lab and no exemptions are being claimed.

Fees for processing your request are minimal and waived.

Should this final response not completely address your FOIA
request, please refer such other issues in the lawsuit you have
filed in the U.S. District Court, District of Columbia (Civil
Action 06-0169 RWR).

For any other questions about the content of this response, please
contact Ms. Bobbie Cave at (703) 432-3934, bobbie.cave@usmc.mil.

J  B. BENNETT
Counsel

2



Case 1:06-cv-00169-RWR Document 21-3 Filed 08/18/2006 Page 28 of 57

Case 1:06-cv-00169-RMR Document 21-3 Filed 08/18/2006 Page 29 of 57

DAVIS HYPERBAR

25 Jan 99

Edmondson(a)(1)(2)

Laboratory Accident(a)(1)



DAVIS HYPERBAR

27 J 99

INCHES

DAVIS HYPERBARIC L
29 Jun 99

Davis Hyperbaric Laboratory

Case 1:06-cv-00169-RWR    Document 21-3    Filed 08/18/2006    Page 32 of 57





DAVIS HYPERBARIC LABOR

16 Feb 99

(Laboratory Accidental Exposure)

DAVIS HYPERBARI
/ APR 99



Laboratory Accidental Overdose

DAVIS HYPERBARIC

20 May 44

# EXHIBIT F
## (3 pages)

FEBRUARY 3, 2006

FOIA MANAGER
HAF/ICIOD (FOIA)
1000 AIR FORCE PENTAGON
WASHINGTON, DC 20330-1000

RE: FOIA REQUEST

DEAR SIR OR MS:

THIS REQUEST IS MADE PURSUANT TO THE FREEDOM
OF INFORMATION ACT (5 U.S.C. §552).

PLEASE SEND ME COPIES OF ANY AND ALL AVAILABLE
COLOR PHOTOS OF ANY PERMANENT OR TEMPORARY
MARKS, INJURIES, WOUNDS, BLEMISHES, BURNS, ETC.
WHICH WERE, COULD HAVE BEEN, OR COULD BE LEFT ON
(OR INFLICTED UPON) ANY ANIMAL DUE TO ANY USE OR
TESTING ON THEM OF ANY NARROW-BEAM (UNDER 1" IN
DIAMETER AT POINT OF IMPACT) VERSION OF ANY
MILLIMETER-WAVE ENERGY WEAPON (ACTIVE DENIAL TECHNOLOGY,
ACTIVE DENIAL SYSTEM, ETC.).

THE USE AND/OR TESTING OF THE MILLIMETER-WAVE
ENERGY WEAPONS SYSTEMS HAS BEEN CONDUCTED
CONTINUOUSLY SINCE 1989 BY THE AIR FORCE RESEARCH
LABORATORY (DIRECTED ENERGY DIRECTORATE AND THE

1.

PAGE 2

HUMAN EFFECTIVENESS DIRECTORATE/DIRECTED ENERGY BIOEFFECTS DIVISION) AT KIRTLAND AFB AND BROOKS CITY-BASE.

I WOULD LIKE THE COLOR PHOTOS PROVIDED IN DIGITAL FORMAT, (ON CD-ROM) READABLE ON A WINDOWS OR MACINTOSH COMPUTER (WHENEVER POSSIBLE) AND IF UNAVAILABLE IN THAT FORMAT, 5" x 7" PRINTS WILL BE ADEQUATE.

THIS REQUEST IS MADE BY A DEFENDANT IN A COURT CASE AND THE REQUEST BEING RESPONDED TO (AND THE REQUESTED ITEMS SENT) AS SOON AS POSSIBLE IS A VITAL PART OF MY LEGAL DEFENSE. I REQUEST THAT THIS REQUEST BE HANDLED IN AN EXPEDITED MANNER.

I AGREE TO PAY A MAXIMUM OF $25.00 FOR THE COPIES AND SEARCH FEES AND REQUEST THAT AN ESTIMATE OF THE COSTS BE SENT TO ME IF THE COSTS WILL BE ANY HIGHER.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS VERY IMPORTANT REQUEST.

SINCERELY,

DONALD FRIEDMAN                    2.

MY RETURN ADDRESS IS:

DONALD FRIEDMAN

CONFIDENTIAL LEGAL COMMUNICATION

1125 THIRD STREET

NAPA, CA 94659-3015

3.

# EXHIBIT G
## (4 pages)



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS, UNITED STATES AIR FORCE**
**WASHINGTON, DC**

March 21, 2006

MEMORANDUM FOR AFRL/HED

FROM: HAF/ICIOD (FOIA)
1000 Air Force Pentagon
Washington, DC 20330-1000

SUBJECT: Our FOIA/PA # 06-0467, Donald Friedman

__X__ The attached request is being referred to you for direct response to the requester. The requester has been notified of this referral. Roxanne Constable accepted this case on March 17, 2006.

_____ The attached document(s) contain information concerning your agency.

_____ We will advise the requester to expect a direct response from your agency regarding the above request. Review the attached document(s) and reply back to this office, making any recommendations you deem appropriate.

_____ Classified document(s), which originated with your agency is/are being referred to you for direct response to the requester. The requester has/has not been advised of this referral.

_____ Classified Air Force document(s) contain information (outlined in red) concerning your agency. Review the attached document(s) and reply back to this office, making any deletions you deem appropriate.

__X__ A copy of the requester's initial letter and other significant correspondence are enclosed. If you have any questions concerning this referral, please contact our action officer Mr. Jermaine Cathcart at DSN 426 or (703) 696-7260.

JOHN M. ESPINAL
Chief, Documentation Information
& Services Branch

Enclosures

February 3, 2006

FOIA Manager
HAF/ICIOD (FOIA)
1000 Air Force Pentagon
Washington, DC 20330-1000

Re: FOIA Request

Dear Sir or Ms:

This request is made pursuant to the Freedom
of Information Act (5 U.S.C. § 552)

Please send me copies of any and all available
color photos of any permanent or temporary
marks, injuries, wounds, blemishes, burns, etc.
which were, could have been, or could be left on
(or inflicted upon) any animal due to any use or
testing on them of any narrow-beam (under 3" in
diameter at point of impact) version of any
millimeter-wave energy weapon (Active Denial Technology,
Active Denial System, etc.).

The use and/or testing of the millimeter-wave
energy weapons systems has been conducted
continuously since 1989 by the Air Force Research
Laboratory (Directed Energy Directorate and the

1.

PAGE 2

HUMAN EFFECTIVENESS DIRECTORATE/DIRECTED ENERGY (BIOEFFECTS DIVISION) AT KIRTLAND AFB AND BROOKS CITY-BASE.

I WOULD LIKE THE COLOR PHOTOS PROVIDED IN DIGITAL (ON CD-ROM) FORMAT, READABLE ON A WINDOWS OR MACINTOSH COMPUTER (WHENEVER POSSIBLE) AND IF UNAVAILABLE IN THAT FORMAT, 5" x 7" PRINTS WILL BE ADEQUATE.

THIS REQUEST IS MADE BY A DEFENDANT IN A COURT CASE AND THE REQUEST BEING RESPONDED TO (AND THE REQUESTED ITEMS SENT) AS SOON AS POSSIBLE IS A VITAL PART OF MY LEGAL DEFENSE. I REQUEST THAT THIS REQUEST BE HANDLED IN AN EXPEDITED MANNER.

I AGREE TO PAY A MAXIMUM OF $25.00 FOR THE COPIES AND SEARCH FEES AND REQUEST THAT AN ESTIMATE OF THE COSTS BE SENT TO ME IF THE COSTS WILL BE ANY HIGHER.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS VERY IMPORTANT REQUEST.

SINCERELY,

DONALD FRIEDMAN                    2.

MY RETURN ADDRESS IS:

DONALD FRIESMAN
CONFIDENTIAL LEGAL COMMUNICATION
1125 THIRD STREET
NAPA, CA 94559-3015

3.

# EXHIBIT H
## (1 page)



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS, UNITED STATES AIR FORCE
WASHINGTON, DC

March 21, 2006

HAF/ICIOD (FOIA)
1000 Air Force Pentagon
Washington DC 20330-1000

Donald Friedman
1125 Third Street
Napa, CA 94559-3015

Dear Mr. Friedman

This is in response to your February 3, 2006 Freedom of Information Act Request for information pertaining to Active Denial Technology.

We are not the office of primary responsibility for the request we received. Therefore, we are referring your request to the following activity for action: AFRL/HED, Directed Energy Bioeffects Division, 8262 Hawks Road, Brooks City-Base, TX 78235. They will reply directly to you.

Jermaine Cathcart is the action officer and can be reached at (703) 696-7260. There are no assessable fees for processing your FOIA request in this instance.

Sincerely

JOHN M. ESPINAL
Chief, Documentation Information &
Services Branch

06-0467

# EXHIBIT I
## (2 pages)



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 311ᵀᴴ HUMAN SYSTEMS WING (AFMC)**
**BROOKS CITY-BASE TEXAS**

24 July 2006

Office of the Staff Judge Advocate
311ᵗʰ Human Systems Wing
8010 Chennault Path
Brooks City-Base TX 78235-5311

Mr. Donald Friedman
Confidential Legal Communication
1125 Third Street
Napa, CA 94559-3015

Dear Mr. Friedman,

This letter is in response to your 3 February 2006 request for "color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any animal due to any use or testing on them of any narrow-beam (under 1" in diameter at point of impact) version of any millimeter-wave energy weapon (Active Denial Technology, Active Denial System, etc.)" and your 24 April 2006 request for information related to program(s) described at the webpage at http://www.sandia.gov/news-center/news-releases/2005/def-nonprolif-sec/active-denial.html and "all weapon-effect related research notes, bench notes, etc" regarding human effects from "very-narrow-beam ADT/ADS." I am responding to your requests on behalf of the Air Force Research Laboratory (AFRL).

These requests appear to be related to your 26 November 2005 request for "copies of all available written descriptions of and color photos of any permanent or temporary marks, injuries, wounds, blemishes, burns, etc. which were, could have been, or could be left on (or inflicted upon) any person due to any use or testing on them of any narrow-beam (under 1" at point of impact) version of any millimeter-wave weapon (Active Denial Technology and/or Active Denial System)." In response to this request, Mr. J. B. Bennett, counsel for United States Marine Corps, Marine Corps System Command, forwarded 12 photographs to you via correspondence dated 19 April 2006.

Searches for records responsive to your 3 February 2006 request yielded 459 color photographs. These photographs are fully releasable under 5 U.S.C. § 552, commonly known as the Freedom of Information Act (FOIA), and are released in full (enclosed herewith on the CD-ROM).

Searches for records responsive to your 24 April 2006 request yielded five documents. There is a presumption of disclosure under FOIA. Exemptions under FOIA should be used to

withhold information only if the Government reasonably foresees that disclosure would be harmful to an interest protected by that exemption. In this case, three of the five documents are not covered by an exemption to FOIA and are releasable in full (enclosed herewith). These documents are a report entitled *Effects of a 400-W, 95-Ghz, Active Denial Technology Subsystem on Non-Stationary Humans Engaged in Goal-Directed Behavior*, Final Technical Report, April 2006; presentation slides entitled *FSEP ADT Human Effects Testing & Futures*, 13 April 2006; and, presentation slides entitled *FSEP 400-W, 95-GHz Transmitter Experiment 1: Static Exposures Preliminary Results*, 15 February 2006. The other two documents are exempt from disclosure and are withheld in full. Under 5 U.S.C. 552(b)(1) and Department of Defense Regulation 5400.7/Air Force Supplement, paragraph C3.2.1.1, Government agencies must withhold information that is properly classified in accordance with Executive Order No. 12,958, as amended, 68 Fed. Reg. 15,315 (28 March 2003), reprinted in 50 U.S.C.A. § 435 note (West Supp. 2003) and summarized in FOIA Post (posted 11 April 2003). There is no discretion regarding the release of properly classified information. Specifically, the two withheld documents were properly classified in accordance with Executive Order No. 12, 958 and remain properly classified. The withheld documents consist of reports and data files relevant to the operation of the Active Denial System.

The fees for processing this request are waived.

THOMAS G. CROSSAN, JR., Colonel, USAF
Staff Judge Advocate

# EXHIBIT J
## (2 pages)

JUL-17-2006  14:29                                      P.38/43

April 24, 2006

Mr. Kenneth Wainstein
United States Attorney          2006 MAY -2  P 2:02
555 4TH Street, N.W.
Room E4822
Washington, DC 20530

Re: Friedman v. U.S. IN W.D., et al.
      Case No.: 06-169 (RWR)

Dear Mr. Wainstein:

Thank you for obtaining the release of the
photos for me so quickly in response to the
suit.

I believe we can wrap up this case quickly,
however, there are still some photos and
documents which the Air Force Research
Laboratory should release because they
probably fit within my request under the
FOIA.

There is a small-beam-size ADT unit which
is being tested by the AFRL for the DOE and
DOD at the AFRL facilities at Brooks City-Base
in Texas.

A FULL DESCRIPTION OF THE PROGRAM, ETC. CAN
BE FOUND ON THE INTERNET AT: HTTP://WWW.SANDIA.GOV,
NEWS-CENTER/NEWS-RELEASES/2005/DEF-NONPROLIF-SEC
ACTIVE-DENIAL.HTML (THE TITLE IS: "TEAM INVESTIGATES
ACTIVE DENIAL SYSTEM FOR SECURITY APPLICATIONS").
SEE PARAGRAPH 13, WHICH BEGINS, "ON MAY 19..."

THE NEWS-RELEASE INDICATES THAT 6 MONTHS OF
HUMAN EFFECTS TESTING WAS SET TO BEGIN SHORTLY
AFTER MAY 19, 2005, AND THE MARKS, ETC. AS WELL
AS ALL RESEARCH NOTES, BENCH NOTES, ETC. WOULD
ALSO BE APPLICABLE TO THE FOIA REQUEST I
MADE (AND TO THE SUIT). THE EFFECTS OF THE
VERY-NARROW-BEAM ADT/ADS ARE, AFTER ALL,
WHAT I WAS (AND STILL AM) SEEKING RECORDS ABOUT
RELATED TO.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS
MATTER.

SINCERELY,

Donald Friedman
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559-3015

.

# EXHIBIT K
## (3 pages)



# NEWS RELEASES

FOR IMMEDIATE RELEASE
June 30, 2005

## Team investigates Active Denial System for security applications

### Millimeter-wave device puts the 'heat' on adversaries

ALBUQUERQUE, N.M. — A multi-organizational team is adapting for DOE use a technology that can help keep security adversaries out of DOE sites that contain nuclear assets.

The DOE Office of Security and Safety Performance Assurance (SSA) is exploring the potential to use directed energy weapons technology sponsored by the Department of Defense (DoD), named Active Denial Technology (ADT), to help protect DOE nuclear assets.

SSA is sponsoring Sandia National Laboratories, a National Nuclear Security Administration lab, to investigate how the technology can be used on adversaries by developing a new small-sized Active Denial System (ADS) to meet the unique and rapidly evolving security needs of DOE.

To help solve the many technical issues associated with this challenge, Sandia has partnered with Raytheon and the Air Force Research Laboratory (AFRL), because both organizations have significant experience with earlier ADS system developments.

ADS systems are a new class of nonlethal weaponry using 95 GHz-millimeter-wave directed energy. This technology is capable of rapidly heating a person's skin to achieve a pain threshold that has been demonstrated by AFRL human subject testing to be very effective at repelling people, without burning the skin or causing other secondary effects.

The device is an alternative to lethal force.

**Nonlethal weaponry — Sandia researchers Willy Morse and James Pacheco fine-tune the small-sized Active Denial System.** (Photo by Randy Montoya)
**Download 300dpi JPEG image, "nonlethal-weaponry.jpg," 988K** (Media are welcome to download/publish this image with related news stories.)

In the mid 1990s the Air Force funded development of an ADT system demonstrator that was led by AFRL

and built by Raytheon in partnership with Communications & Power Inc. (CPI) and Malibu Research. The success of this demonstration system has resulted in several ongoing DoD-sponsored projects, such as the Joint Non-Lethal Weapons Directorate's Vehicle Mounted Active Denial System (VMADS) and the Office of Force Transformation's (OFT's) project SHERIFF.



**ADS — The new class of nonlethal weaponry uses 95 GHz-millimeter-wave directed energy.** (Photo by Randy Montoya)
**Download 300dpi JPEG image, "directed-energy.jpg," 644K** (Media are welcome to download/publish this image with related news stories.)

Steve Scott, manager of Sandia's Access Delay Technology Department, says, "DOE and Sandia have been closely tracking ADT developments and have recognized its potential to enhance the protection of DOE nuclear facilities. This has been confirmed by conducting a feasibility study in 2002, under the supervision of researcher Jim Pacheco."

Acting on the feasibility study's conclusions, SSA's Carl Pocratsky (SO-20) initiated an effort at Sandia to explore and develop a small Active Denial System (ADS) that is more suitable for DOE fixed-site applications. To date, DoD efforts have focused on larger systems, considered by many to be better suited for military applications at extended ranges.

In 2004, the AFRL's Human Effectiveness Directorate (HEDR) completed a study that analyzed pre-existing test data to estimate the potential effectiveness of an ADS that has a smaller beam. Also in 2004, Sandia conducted simulations of how the smaller ADS might be used and how it would perform against adversary attack scenarios within a DOE facility using the Joint Conflict and Tactical Simulation (JCATS) software modeling tool.

"The results of the AFRL small beam ADS effectiveness study and the JCATS study were very encouraging and provided a strong basis for continuing the development of a comparitively small ADS for DOE fixed-site applications," says Pacheco.

"Recently there has been significant progress with this project," says Willy Morse, Sandia's principal investigator. "On May 5 we took acceptance of the SSA ADS prototype system built by Raytheon's Advanced Electromagnetic Technologies (AET) Center in partnership with CPI and Malibu Research. Initial characterization and performance tests were completed at the end of May."

On May 19 a memorandum of understanding was completed between DOE-SSA, Sandia, DoD-OFT, and AFRL. This memorandum establishes a formal partnership between the DoD and DOE in developing small-sized ADSs. During the next six months the AFRL's Human Effectiveness Directorate, Brooks City-Base, is being funded by the OFT to complete human effects testing. This testing will use the SSA ADS system to determine its effectiveness for DOD applications and validate the conclusions of the 2004 small-beam-size effectiveness study sponsored by SSA.

Testing results from Sandia, AFRL, and OFT will guide the operational concept and design of a second-generation small-size ADS system expected to be fielded at several DOE nuclear facilities as early as 2008. DOE-SSA and Sandia will continue to actively seek opportunities to collaborate with other government

agencies on technical issues associated with developing and deploying ADS systems.

**System uses beam of electromagnetic energy to heat human**
Active Denial Technology (ADT) provides an effective nonlethal active-response mechanism to disperse,
disturb, distract, and establish the intent of intruders.

ADT emits a 95 GHz non-ionizing electromagnetic beam of energy that penetrates approximately 1/64 of
an inch into human skin tissue, where nerve receptors are concentrated. Within seconds, the beam will heat
the exposed skin tissue to a level where intolerable pain is experienced and natural defense mechanisms
take over.

This intense heating sensation stops only if the individual moves out of the beam's path or the beam is
turned off. The sensation caused by the system has been described by test subjects as feeling like touching
a hot frying pan or the intense radiant heat from a fire. Burn injury is prevented by limiting the beam's
intensity and duration.

DoD-sponsored millimeter-wave human effectiveness testing, initiated in 2001, has demonstrated ADT as
both effective and safe without any long-term effects. It is expected that the DoD-funded human
effectiveness testing of the small-beam ADS by the AFRL HEDR during the next six to eight months will
validate its effectiveness and safety as a nonlethal weapon system.

*Sandia is a multiprogram laboratory operated by Sandia Corporation, a Lockheed Martin company, for the U.S.
Department of Energy's National Nuclear Security Administration. Sandia has major R&D responsibilities in national
security, energy and environmental technologies, and economic competitiveness.*

Sandia media contact: Michael Padilla, mjpadil@sandia.gov, (505) 284-5325

©2005 Sandia Corporation | Questions and Comments | Privacy and Security