UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD FRIEDMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-169 (RWR) |
| ) | Electronic Case Filing |
| **UNITED STATES NONLETHAL** ) | |
| **WEAPONS DIRECTORATE et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

# ORDER

This matter having come before the Court on the Defendants' Motion for Summary Judgment, any opposition thereto, and the Court having considered the entire record herein, the Court finds that Defendants have conducted a reasonable search for responsive records, that Defendants properly invoked FOIA Exemption 1 to withhold two classified documents responsive to Plaintiff's April 24, 2006 FOIA, and that no agency records have been improperly withheld, and that all reasonably segregable non-exempt material has been released. Accordingly, it is hereby

**ORDERED** that Defendants' motion should be and is hereby GRANTED; and it is further

**ORDERED** that judgment is entered in favor of Defendants and this case is DISMISSED WITH PREJUDICE.

This is a final appealable order.

_____       _____
Date                                                    RICHARD W. ROBERTS
                                                              UNITED STATES DISTRICT JUDGE

**Copies to:**

<u>Through ECF</u>:
AUSA JANE M. LYONS (jane.lyons@usdoj.gov)

<u>Through U.S. Mail</u>:
DONALD FRIEDMAN
#200503494
NAPA County Jail
1125 Third Street
NAPA, California   94559-3015