Donald Friedman
c/o Napa County Jail
1125 Third Street
Napa, CA 94559-3015
Defendant Pro Se

RECEIVED

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

Donald Friedman,
    Plaintiff,

v.

U.S. Joint Nonlethal
Weapons Directorate,
et al.,
    Defendants.

Civil Case No. 06-169 (RWR)

Motion to Dismiss Action Without Prejudice

1. The Plaintiff, Donald Friedman, respectfully moves for this Court to dismiss the above-captioned case without prejudice.

Respectfully submitted,

Dated: 8/24/06

_____
Donald Friedman
Defendant Pro Se

/1.

**People vs Donald Max Friedman**
**United States District Court for the District of Columbia Case No.: 06-0169-RWR**

# PROOF OF SERVICE

I, declare that I am employed in the County of Napa, State of California. I am over the age of eighteen. My business address in 1325 Imola Ave. West # 427, Napa, California 94559.

I am a licensed Private Investigator in the state of California, # **PI 19702**.
I am a registered Process Server in the County of Napa, CA Reg. # **S-2802**.

On 29-August-2006, I mailed from Napa, CA: the following documents:

**1) Motion to Dismiss Action Without Prejudice**

I served the documents by enclosing them in an envelope and depositing the envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows;

| | |
|---|---|
| Court Clerk | Ms Jane M Lyons, AUSA |
| US District Court | US Attorney's Office Civil Division |
| Room 1225 | 555 4th NW, Room E-4822 |
| 333 Constitution Ave NW | Washington, DC 20530 |
| Washington, DC 20001 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 29-August-2006

KENNETH J. GAUDET,
Investigator, CDO Investigations